

FILED & ENTERED

MAR 06 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>METROPOLITAN THEATRES CORP.,<br><br>Debtor in Possession. | Case No.: 2: 24-11569         BR<br><br>**CHAPTER 11 - SUBCHAPTER V**<br><br>**ORDER:**<br><br>**(1) SETTING STATUS CONFERENCE HEARING DATE;**<br><br>**(2) REQUIRING DEBTOR AND SUBCHAPTER V TRUSTEE TO APPEAR AT STATUS CONFERENCE AND FILE STATUS REPORT ON SUBCHAPTER V CASE, OR FACE POSSIBLE (A) CONVERSION OF CASE TO CHAPTER 7 OR (B) DISMISSAL OF CASE;**<br><br>**(3) SETTING FORTH COURT'S INSTRUCTIONS FOR CONTENTS, FILING AND SERVICE OF STATUS REPORT;**<br><br>**(4) ESTABLISHING PROCEDURES FOR SUBCHAPTER V CASE INCLUDING MOTION FOR ORDER CONFIRMING SUBCHAPTER V PLAN; AND**<br><br>**(5) SETTING DATE FOR 11 U.S.C. § 1111(b) ELECTION**<br><br>Date:         April 16, 2024<br>Time:         10:00 a.m.<br>Courtroom:    1668<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

Revised 3/25/2020

The debtor in possession filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code ("Subchapter V") on <u>February 29, 2024</u>. Pursuant to 11 U.S.C. § 1183, a Subchapter V trustee was or shall be appointed. Pursuant to 11 U.S.C. § 1188 *et seq.,* and to expedite the disposition of the Subchapter V Case, the Court makes the following order:

**I.    STATUS CONFERENCE**

A status conference ("Status Conference") will be held on April 16, 2024 at 10:00 a.m. Pursuant to FRBP Interim Rule 3017.2, during the Status Conference, the Court may:

A. Set a deadline for hearings to be held on objections to claims;

B. Set a deadline for the debtor to file a Disclosure Statement, if the Court determines that one is necessary;

C. Set a deadline for the debtor to file a Plan,

D. Set a deadline for the debtor to file a motion for confirmation of the Plan ("Confirmation Motion");

E. Set a hearing on confirmation of the Plan; and

F. Set a deadline for entry of an order approving the Confirmation Motion.

At the Status Conference, the Court may also set a hearing on an order to show cause why this Subchapter V Case should not be converted to a case under chapter 7 or dismissed if these deadlines are not met by the debtor. If the debtor does not timely file and serve a Status Report and appear at the Status Conference, then at the Status Conference, the Court may order: (1) the conversion of the Subchapter V Case to one

under chapter 7, or (2) the dismissal of the Subchapter V Case pursuant to 11 U.S.C. § 105(a) and 11 U.S.C. § 1112(b).

II.     **DEBTOR'S STATUS REPORT: CONTENTS, FILING, SERVICE**

No later than 14 days prior to the Status Conference, the debtor must file a report on the status of this Subchapter V Case ("Status Report") which includes a proof of service demonstrating that the debtor served the Status Report on the United States Trustee, the Subchapter V trustee, all secured creditors, the holders of the twenty (20) largest unsecured claims, and a judge's copy. The Status Report must be supported by admissible evidence in the form of declarations and supporting documents and must:

A.     Objections to Claims: State whether a deadline should be set for hearings on objections to claims and, if so, what that deadline should be;

B.     Debtor's Duties: Disclose whether the debtor has performed all of its duties under FRBP Interim Rule 2015(b) and 11 U.S.C. §§ 521, 1184 and 1187, and reasons for non-compliance, if any;

C.     Pre-Confirmation Payments: Disclose whether the debtor has transmitted preconfirmation payments and funds to the Subchapter V trustee as is allowed under 11 U.S.C. §§ 1194;

D.     Litigation and Post-Petition Operations: Describe concisely the post-petition operations of the debtor (including authority to use cash collateral), litigation in which the Debtor is involved, and the status of the debtor's efforts to reorganize; and

E.     Professionals and Fee Budget: Disclose whether the debtor has hired, or shall hire, any professionals and, if so, whether the professional's employment has been

approved by the Court.

### III. TRUSTEE'S APPEARANCE

Pursuant to 11 U.S.C. § 1183(b), the Subchapter V trustee must appear at the Status Conference and report on the status of this Subchapter V Case.

### IV. PLAN CONFIRMATION PROCEDURE

A. <u>Notice of Dates and Deadlines</u>: Notice of (a) the hearing on the Confirmation Motion, (b) the deadline for filing and serving objections to the Confirmation Motion, and (c) the deadline for voting on the plan, must be filed and served in accordance with F.R.B.P. 2002(b)-(d), (f)(11), (g)-(k), (p) and 3017-3020.

B. <u>Confirmation Motion</u>: The Confirmation Motion must be served upon the United States trustee, the Subchapter V trustee, any party that has timely filed and served a preliminary objection to confirmation by the ballot deadline, and any party that has voted against the Plan. A judge's copy must also be served as provided for in Local Bankruptcy Rule 5005-2(d) and the Court Manual. The Confirmation Motion must meet at least the following criteria:

(1) <u>Evidence</u>: The Confirmation Motion must be supported by evidence establishing that the plan is confirmable under 11 U.S.C. § 1191; evidence must admissible under the Federal Rules of Evidence and in compliance with LBR 9013-1(c)(3) and 9013-1(i);

(2) <u>Service</u>: At least 21 days before the confirmation hearing, the Confirmation Motion must be served on the United States trustee, on the Subchapter V trustee, and on all creditors and equity security holders who have filed and served on the

debtor a preliminary objection to confirmation and/or voted to reject the Plan; and

(3) <u>Notice of Hearing</u>: The debtor must serve a notice of the confirmation hearing that contains, among other information, notice that any party opposing the Confirmation Motion must file and serve its written opposition at least 14 days before the confirmation hearing date, and the opposition must be supported by admissible evidence.

V. **11 U.S.C. § 1111(b) Election**

The deadline for any secured creditor to elect treatment under 11 U.S.C. § 1111(b) shall be the last date to file objections to the proposed Plan.

**IT IS SO ORDERED.**

###

Date: March 6, 2024

Barry Russell
United States Bankruptcy Judge