LOEB & LOEB LLP
LANCE JURICH (SBN 132695)
ljurich@loeb.com
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA  90067
Telephone:   310.282.2000
Facsimile:    310.282.2200

VADIM J. RUBINSTEIN (Admitted *pro hac vice*)
vrubinstein@loeb.com
GUY MACAROL (Admitted *pro hac vice*)
345 Park Avenue
New York, NY  10154-1895
Telephone:   212.407.4000
Facsimile:    212.407.4990

(Proposed) Attorneys for Debtor
METROPOLITAN THEATRES
CORPORATION, a California corporation

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>METROPOLITAN THEATRES CORPORATION, a California corporation,<br><br>Debtor.<br><br>TAX ID.: 95-1002280 | Case No. 2:24-bk-11569-BR<br><br>Chapter 11 (Subchapter V)<br><br>**NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTIONS ON SHORTENED NOTICE AND DEADLINE TO SUBMIT OPPOSITION THERETO**<br><br>**<u>Hearing</u>**<br><br>DATE:  March 12, 2024<br>TIME:   11:30 a.m.<br>PLACE: Courtroom 1668<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

**THE OFFICE OF THE UNITED STATES TRUSTEE; THE SUBCHAPTER V TRUSTEE; THE DEBTOR'S TWENTY LARGEST UNSECURED CREDITORS; CITY NATIONAL BANK; AMERICAN RIVIERA BANK; AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

- 1 -

1    **PLEASE TAKE NOTICE** that on March 5, 2024, the above-captioned debtor (the "Debtor"), by and through its proposed counsel, Loeb & Loeb LLP, filed with this Court the following emergency motions to be heard on shortened time (1) *Motion For An Order Authorizing The Payment Of Critical Film Vendor Claims* [Dkt. No. 45]; and (2) *Motion For Entry Of Interim And Final Orders Authorizing The Debtor To Honor Gift Cards In The Ordinary Course Of Business And For Related Relief* [Dkt. No. 50] (the "Emergency Motions").

    **PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Emergency Motions will take place before the Honorable Barry Russell, Courtroom 1668, 255 E. Temple Street, Los Angeles, CA 90012, on **March 12, 2024, at 11:30 a.m., (PST). This will be an in-person hearing.**

    **PLEASE TAKE FURTHER NOTICE** that any opposition to the Emergency Motions must be filed with the Court no later than **March 8, 2024, at 3:00 p.m. (PST).** Your failure to timely object may be deemed by the Court to constitute consent to the relief requested in the Emergency Motions.

    **PLEASE TAKE FURTHER NOTICE** that any reply to the Emergency Motions must be filed with the Court no later than **March 11, 2024, at 3:00 p.m. (PST).**

**ANY PARTIES WISHING TO OBTAIN COPIES OF THE EMERGENCY MOTIONS SHOULD CONTACT THE PROPOSED NOTICING AGENT FOR THE DEBTOR, DONLIN RECANO, P.O. BOX 2053 NEW YORK, NY 10272 2042, TEL. (866) 342-8290, E-MAIL: MTCINFO@DRC.EQUINITI.COM.**

**THE DEBTOR PREFERS THAT REQUESTS FOR COPIES OF THE EMERGENCY MOTIONS BE SUBMITTED BY EMAIL. COPIES OF THE EMERGENCY MOTIONS MAY ALSO BE VIEWED FREE OF CHARGE ON DONLIN RECANO'S WEBSITE AT: www.donlinrecano.com/mtc.**

1

Dated: March 6, 2024                    Respectfully submitted,

2
                                        LOEB & LOEB LLP
3                                       LANCE N. JURICH
                                        VADIM J. RUBINSTEIN
4                                       GUY MACAROL

5

6                                       By: /s/ *Lance N. Jurich*
                                            Lance Jurich
7
                                        (Proposed) Attorneys for Debtor
8                                       METROPOLITAN THEATRES CORPORATION,
                                        a California corporation
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      - 3 -

238411399.1
236362-10001