# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>METROPOLITAN THEATRES CORPORATION, a California corporation,<br><br>Debtor.<br><br>TAX ID.: 95-1002289 | Case No. 2:24-bk-11569-BR<br><br>Chapter 11 (Subchapter V) |

### GLOBAL NOTES AND STATEMENTS OF LIMITATION, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Metropolitan Theatres Corporation ("**MTC**") debtor and debtor in possession (the "**Debtor**")[1] filed for chapter 11, subchapter V (the "**Chapter 11 Case**") and in connection therewith has filed its respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and the Statement of Financial Affairs (collectively, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**"). The Debtor, with the assistance of its legal and other advisors, prepared the Schedules and Statements, pursuant to section 521 of Chapter of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), which are unaudited.

While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, subsequent information or discovery could provide more information about the items identified in the Schedules and Statements, and inadvertent errors or omissions may have occurred.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules and Statements of Financial Affairs* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

The Schedules and Statements for the Debtor are signed by David Corwin, President of the Debtor. In reviewing and signing the Schedules and Statements, Mr. Corwin relied upon his knowledge of the business, accounting and financial data provided by the efforts, statements, advice, and representations of personnel of the Debtor

---

[1] The last four digits of the Debtor's federal tax identification number are 2289.

and the Debtor's legal and other advisors.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was reasonably available at the time of such preparation. The Debtor, and its agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor and its professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor, or its agents or attorneys be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents or attorneys are advised of the possibility of such damages.

To the extent the Debtor pays any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend and supplement the Schedules and Statements and take other action, such as filing objections to Claims, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

### Global Notes and Overview of Methodology

1. **Description of Case.** On February 29, 2024, (the "**Petition Date**"), the Debtor, MTC, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. **Reservations and Limitations.** Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. Nothing contained in the Schedules and Statements constitutes a waiver of the Debtor's rights or an admission of any kind with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    (a) **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity

of any claim against the Debtor, any assertion made therein or herein, or a waiver of the right to dispute any claim or assert any cause of action or defense against any party.

(b) **Recharacterization.** Notwithstanding that the Debtor has made commercially reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items.

(c) **Categories or Labels for Purpose of Presentation in Schedules and Statements.** Information requested by the Schedules and Statements requires the Debtor to make a judgment regarding the appropriate category in which information should be presented or how certain parties, claims or other data should be labeled, if at all. The Debtor's decisions regarding the category or label to use and to include (or not include) any claim or other item in the Schedules and Statements is based on the best information available as of the filing of these Schedules and Statements and within the time constraints imposed.

(d) **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the right to recharacterize or reclassify such claim or contract.

(e) **Claims Description.** Any failure to designate a claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."

(f) **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(g) **Causes of Action.** Despite commercially reasonable efforts, the Debtor may not have identified all current and potential causes of action the Debtor may have against third parties in its respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-

3

bankruptcy laws to recover assets.

(h)    **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," in addition to information with respect to the Debtor's affiliates, the Debtor has included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only.

3.    **Methodology.**

(a)    **Basis of Presentation.**

These Schedules and Statements do not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("**GAAP**"), nor are they intended to fully reconcile to the financial statements prepared by the Debtor. These Schedules and Statements reflect the best available estimate of assets and liabilities of the Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the data extracted from the Debtor's available books and records. The fair value and net realizable value of real and personal property may vary materially from the net book value presented herein.

Given, among other things, the uncertainty surrounding the condition, collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent the Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or any time prior to the Petition Date.

All asset information, except where otherwise noted, is reflected through December 31, 2023.

All liability information, except where otherwise noted, is reflected through the Petition Date.

(b)    **Confidential Information.** There may be instances in the Schedules and Statements where the Debtor deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Generally, the Debtor may have used this approach because of a

4

confidentiality agreement between the Debtor and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c)    **Undetermined Amounts.** The description of an amount as "unknown" or "undetermined," is not intended to reflect upon the materiality of such amount.

(d)    **Unliquidated Amounts.** Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated." The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtor reserves all rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

(e)    **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(f)    **Affiliate Claims.** The Debtor maintains business relationships with other entities, conducting business from time to time that may result in affiliate receivables and payables and/or are on account of capital contributions, equity investments, or distributions on account of equity investments. Known and assumed prepetition receivables and payables among and between the Debtor and its affiliates are reported on Schedule A/B, and Schedule E/F, respectively, per the Debtor's books and records. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise. Intercompany balances have been reconciled as of December 31, 2023.

(g)    **Guarantees and Indemnification Claims.** The Debtor has exercised commercially reasonable efforts to locate and identify guarantees of its executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees or indemnification claims have been identified, they have been included in the relevant Schedules E/F, G and H. The Debtor may have inadvertently omitted guarantees or indemnifications embedded in its contractual agreements and may identify additional guarantees or indemnifications as it continues to review its books and records and contractual agreements. The Debtor reserves its rights, but is not required, to amend the Schedules and Statements if additional guarantees

are identified.

(h)    **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

4.    **Specific Schedules Disclosures.**

(a)    **Schedules Summary**. Except as otherwise noted, the liability totals represent amounts through the Petition Date, and asset totals are through December 31, 2023. A portion of nonsalable inventory for three noted theatres is as of January 1, 2024.

(b)    **Schedule A/B – Parts 1 & 2 - Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtor's bank accounts are provided in the Debtor's Schedules, and are calculated as of the Petition Date. The funds held in the checking account on the Petition Date at American Riviera Bank, account number ending 7825, are held in trust for the benefit of third party licensee beneficiaries until reconciled in the ordinary course of business.

(c)    **Schedule A/B Part 3 – Accounts Receivable.** The Debtor's accounts receivable have been reconciled as of December 31, 2023. Accounts receivable do not include intercompany receivables. Intercompany receivables are reported in Schedule A/B Part 11, Question 77.

(d)    **Schedule A/B Part 9 – Real Property.** The Debtor does not own any real property. The Debtor has listed its real property leases in Schedule A/B Part 9, Question 55.

(e)    **Schedule A / B Part 11 – All Other Assets.** Other than real property leases reported in Schedule A/B Part 9, Question 55, the Debtor has not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtor's estate. The Debtor's executory contracts and unexpired leases have been set forth in Schedule G.

(f)    ***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including* Counterclaims *of the Debtor and Rights to Setoff Claims.*** In the ordinary course of its businesses, the Debtor may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, credits, rebates, or refunds with its customers and vendors. Because such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11. The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or

6

instrument related to any creditor's Claim. When Claims arise on various dates, the date may be left blank or listed as "various" on the Schedules.

**Schedule E/F – Creditors Who Have Unsecured Claims.**

***Part 2 - Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F Part 2, are derived from the Debtor's books and records. The Debtor made a commercially reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F Part 2. The listed liabilities, which have been listed on a gross accounts' payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtor or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtor's estate, the Debtor has not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtor may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules E/F may be incomplete. The Debtor reserves its rights, but undertakes no obligations, to amend Schedules E/F if, or when, the Debtor receive such invoices.

In many cases, scheduled amounts due to creditors contemplate the possibility that checks issued prior to the Petition Date were cashed by such creditors. If such checks ended up being dishonored as of the Petition Date, the amount owed to such creditors could increase by the amount of the dishonored checks. The Debtor has not reconciled which checks have cleared and which have not, but assumes for the Schedules and Statements that they cleared prepetition.

(g)    **Schedule G – Executory Contracts and Unexpired Leases.** While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract.

(h)    **Schedule H – Codebtors.** For purposes of Schedule H, the Debtor may not

7

have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. In the ordinary course of its business, the Debtor may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtor has treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on the Debtor's Schedule E/F Part 2 and Statement Part 7, as applicable.

5.    **Specific Statements Disclosures.**

(a)    **Statements, Part 1, Question 1 – Gross Revenue from Business.** The Debtor's books and records relating to revenue have been reconciled as of September 30, 2023.

(b)    **Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors within 90 Days.** The dates set forth in the "Dates" column relate to one of the following: (i) the date of a wire transfer; (ii) the date of an "ACH" processing; or (iii) the check date. In many cases, scheduled amounts due to creditors contemplate the possibility that checks issued prior to the Petition Date were cashed by such creditors. If such checks ended up being dishonored as of the Petition Date, the amount owed to such creditors could increase by the amount of the dishonored checks. The Debtor has not reconciled which checks have cleared and which have not, but assumes for the Schedules and Statements that they cleared prepetition.

(c)    **Statements, Part 2, Question 4 – Transfers to Insiders within One Year.** The Debtor's books and records relating to intercompany transactions with affiliates have been reconciled as of December 31, 2023. Intercompany balances have been reconciled as of that date.

(d)    **Statements, Part 3, Question 7 – Legal Actions or Assignments.** The Debtor does not know of any workers' compensation claims in response to this question. However, if any become known the Debtor maintains that disclosure would be in violation of certain laws including HIPAA (Health Insurance Portability and Accountability Act of 1996).

(e)    **Statements, Part 11, Question 21 – Property Held for Another.** As of December 31, 2022, approximately $401,981 in purchased and unredeemed gift cards were outstanding across all of the Debtor's corporate-owned locations (and those of non-debtor affiliates). In the ordinary course of business, the Debtor reconciles gift card balances soon after conclusion of the year. The Debtor has yet to perform that reconciliation for calendar year

2023, but believes that the amount of gift cards outstanding as of the Petition Date does not materially exceed that amount.

(f)     **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Unless otherwise indicated in the Debtor's specific response to Statement Part 13, Question 30, the Debtor has included a comprehensive response to Statement Part 13, Question 30 in Statement  Part 4.

**These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the Debtor. The fact that the Debtor has prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Note to any or all of the Debtor's remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.**

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Metropolitan Theatres Corporation |
| **United States Bankruptcy Court for the:** Central District of California |
| **Case number (if known):** 24-11569 |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

**1.** ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B ...................................................................

| $0.00 |
| --- |

1b. **Total personal property:**
Copy line 91A from Schedule A/B ...................................................................

| $2,633,640.92 |
| --- |

1c. **Total of all property:**
Copy line 92 from Schedule A/B ...................................................................

| $2,633,640.92 |
| --- |

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

**2.** ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

| $5,697,934.00 |
| --- |

**3.** ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................................

| $534,070.33 |
| --- |

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

| + $9,088,736.00 |
| --- |

**4.** ***Total liabilities***
Lines 2 + 3a + 3b .........................................................................................

| $15,320,740.33 |
| --- |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Metropolitan Theatres Corporation |
| **United States Bankruptcy Court for the:** Central District of California |
| **Case number (if known):** 24-11569 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.    **Cash on hand**

| | | |
|---|---|---|
| 2.1.[1] | PARK THEATRE - SAFE FUNDS | $3,300.00 |
| 2.2.[1] | ARLINGTON THEATRE - SAFE FUNDS | $9,500.00 |
| 2.3.[1] | FIESTA 5 THEATRE - SAFE FUNDS | $3,500.00 |
| 2.4.[1] | METRO 4 THEATRE - SAFE FUNDS | $4,050.00 |
| 2.5.[1] | PASEO NUEVO THEATRE - SAFE FUNDS | $3,000.00 |
| 2.6.[1] | PLAZA DE ORO THEATRE - SAFE FUNDS | $1,500.00 |
| 2.7.[1] | FAIRVIEW 3 THEATRE - SAFE FUNDS | $1,850.00 |
| 2.8.[1] | CAMINO REAL CINEMA 6 - SAFE FUNDS | $5,300.00 |
| 2.9.[1] | CALEXICO 10 THEATRE - SAFE FUNDS | $2,600.00 |

[1]AS OF 2/29/2024

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1.[1] | CITY NATIONAL BANK | DEPOSITORY | 5110 | $16,833.44 |
| 3.2.[1] | CITY NATIONAL BANK | DISBURSEMENT | 2907 | $0.00 |
| 3.3.[1] | CITY NATIONAL BANK | CHECKING PAYROLL | 2906 | $0.00 |

Debtor  **Metropolitan Theatres Corporation**                    Case number *(if known)* **24-11569**

**3.**      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.4.[1] | AMERICAN RIVIERA BANK | CHECKING/MONEY MARKET | 9433 | $45,373.47 |
| 3.5.[2] | AMERICAN RIVIERA BANK | CHECKING | 7825 | $220,184.55 |

[1]BALANCE AS OF 2/29/2024

[2]BALANCE AS OF 2/29/2024 AND SEE GLOBAL NOTES

**4.**      **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**      **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$316,991.46

---

**Part 2:**      **Deposits and prepayments**

**6.**      **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

**7.**      **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1. | SECURITY (FIESTA 5 THEATRE) | $2,500.00 |
| | CITY OF SANTA BARBARA P O BOX 1990 SANTA BARBARA CA 93102 | |

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | RETAINER BALANCE | $4,553.70 |
| | DONLIN, RECANO & COMPANY, INC. | |
| 8.2. | RETAINER BALANCE | $8,000.00 |
| | KGI ADVISORS | |
| 8.3. | RETAINER BALANCE | $3,120.00 |
| | LOEB & LOEB | |

**9.**      **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

$18,173.70

---

**Part 3:**      **Accounts receivable**

**10.**      **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

|  |  |
|---|---|
|  | Current value of debtor's interest |

**11.    Accounts receivable**

|  |  | Face amount | | Doubtful or uncollectible accounts | | | | |
|---|---|---|---|---|---|---|---|---|
| 11a.[1] | 90 days old or less: | $_____ | - | $_____ | = ........ → | | $_____ | |

|  |  | Face amount | | Doubtful or uncollectible accounts | | | | |
|---|---|---|---|---|---|---|---|---|
| 11b.[1] | Over 90 days old: | $186,226.98 | - | $_____ | = ........ → | | $186,226.98 | |

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

|  |
|---|
| $186,226.98 |

[1]NCM, FANDANGO & PHILLIP FRIDEN - RECEIVABLES AS OF 12/31/2023

**Part 4:    Investments**

**13.    Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. | _____ | _____ | $_____ |
|---|---|---|---|

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity | % of ownership | | |
|---|---|---|---|---|
| 15.1. | ARLINGTON THEATRE PROPERTY LLC | 1.00% | _____ | UNDETERMINED |
| 15.2. | CORWIN ASSOCIATES PARTNERSHIP | 80.00% | _____ | UNDETERMINED |
| 15.3.[1] | GREELEY LIMITED PARTNERSHIP | 49.00% | _____ | UNDETERMINED |
| 15.4. | METRO 4 THEATRE PROPERTY, LLC | 76.51% | _____ | UNDETERMINED |
| 15.5. | METRO COLORADO | 100.00% | _____ | UNDETERMINED |
| 15.6. | METRO FOUNDRY, LLC | 99.00% | _____ | UNDETERMINED |
| 15.7. | METRO HOLLYWOOD LLC | 100.00% | _____ | UNDETERMINED |
| 15.8. | METRO NEWCO, LLC | 100.00% | _____ | UNDETERMINED |
| 15.9. | METRO NORTHWEST, LLC | 80.00% | _____ | UNDETERMINED |
| 15.10.[1] | METROLUX PARTNERSHIP | 100.00% | _____ | UNDETERMINED |
| 15.11.[1] | METROPOLITAN ROCKY MOUNTAIN CINEMAS, LLC | 90.00% | _____ | UNDETERMINED |

[1]INDIRECT

Debtor    **Metropolitan Theatres Corporation**    Case number *(if known)* 24-11569

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1. _____    _____    $_____

**17.** **Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

> UNDETERMINED

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**19.** **Raw materials**

| 19.1. | _____ | _____ | $_____ | | $_____ |

**20.** **Work in progress**

| 20.1. | _____ | _____ | $_____ | | $_____ |

**21.** **Finished goods, including goods held for resale**

| 21.1. | _____ | _____ | $_____ | | $_____ |

**22.** **Other inventory or supplies**

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 22.1. | CAMINO REAL CINEMA 6 # 183 - FOOD & BEVERAGE, PAPER & PLASTICS, JANITORIAL CHEMICALS & SUPPLIES | 3/1/2024 | $21,849.17 | COST | $21,849.17 |
| 22.2. | PLAZA DE ORO THEATRE # 151 - FOOD & BEVERAGE, PAPER & PLASTICS, JANITORIAL CHEMICALS & SUPPLIES | 3/1/2024 | $6,205.08 | COST | $6,205.08 |
| 22.3. | PASEO NUEVO THEATRE # 105 - FOOD & BEVERAGE, PAPER & PLASTICS, JANITORIAL CHEMICALS & SUPPLIES | 3/1/2024 | $11,887.19 | COST | $11,887.19 |
| 22.4. | PARK TWIN THEATRE # 006 - FOOD & BEVERAGE, PAPER & PLASTICS, JANITORIAL CHEMICALS & SUPPLIES | 3/1/2024 | $18,726.32 | COST | $18,726.32 |
| 22.5. | METRO 4 THEATRE # 104 - FOOD & BEVERAGE, PAPER & PLASTICS, JANITORIAL CHEMICALS & SUPPLIES | 3/1/2024 | $33,584.06 | COST | $33,584.06 |
| 22.6. | CALEXICO 10 THEATRE # 301 - FOOD & BEVERAGE, PAPER & PLASTICS, JANITORIAL CHEMICALS & SUPPLIES | 3/1/2024 | $16,391.67 | COST | $16,391.67 |

Debtor    **Metropolitan Theatres Corporation**                                      Case number *(if known)* **24-11569**

## 22.    Other inventory or supplies

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 22.7. | FIESTA 5 THEATRE # 102 - NON SELLABLE INVENTORY, INCLUDING SODA BIBS, ICEE BIBS, CONDIMENTS, PAPER & PLASTIC, AND JANITORIAL CHEMICALS & SUPPLIES | 1/1/2024 | $9,224.25 | COST | $9,224.25 |
| 22.8. | FIESTA 5 THEATRE # 102 - SELLABLE INVENTORY - FOOD & BEVERAGE | 3/1/2024 | $5,251.77 | COST | $5,251.77 |
| 22.9. | ARLINGTON THEATRE # 101 - NON SELLABLE INVENTORY, INCLUDING SODA BIBS, ICEE BIBS, CONDIMENTS, PAPER & PLASTIC, NON SELLABLE FOOD & BEVERAGE, AND JANITORIAL CHEMICALS & SUPPLIES | 1/1/2024 | $13,122.91 | COST | $13,122.91 |
| 22.10. | ARLINGTON THEATRE # 101 - SELLABLE INVENTORY - FOOD & BEVERAGE & NON SELLABLE FOOD & BEVERAGE | 3/1/2024 | $26,649.23 | COST | $26,649.23 |
| 22.11. | FAIRVIEW 3 THEATRE # 182 - NON SELLABLE INVENTORY, INCLUDING SODA BIBS, ICEE BIBS, CONDIMENTS, PAPER & PLASTIC, NON SELLABLE FOOD & BEVERAGE, AND JANITORIAL CHEMICALS & SUPPLIES | 1/1/2024 | $15,309.26 | COST | $15,309.26 |
| 22.12. | FAIRVIEW 3 THEATRE # 182 - SELLABLE INVENTORY - FOOD & BEVERAGE | 3/1/2024 | $3,609.06 | COST | $3,609.06 |

## 23.    Total of part 5

Add lines 19 through 22. Copy the total to line 84.

$181,809.97

## 24.    Is any of the property listed in Part 5 perishable?

☐ No

☑ Yes

## 25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☐ No

☑ Yes Book value: $31,890.19 Valuation method: COST Current value: $31,890.19

## 26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?

☑ No

☐ Yes

Debtor  **Metropolitan Theatres Corporation**                    Case number *(if known)* **24-11569**

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.  Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.  Total of part 6**

Add lines 28 through 32. Copy the total to line 85.                    $0.00

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____  Valuation method: _____  Current value: $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1. OFFICE FURNITURE & FIXTURES | $25,652.53 | Net Book Value | $25,652.53 |

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| | | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**40.**    **Office fixtures**

40.1.    SEE, RESPONSE AT PART 7, NO. 39                    $_____    _____    $_____

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

41.1.    SEE, RESPONSE AT PART 7, NO. 39                    $_____    _____    $_____

**42.**    **Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1.    _____    $_____    _____    $_____

**43.**    **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $25,652.53 |
|---|---|

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.**    **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    2015 TOWN AND COUNTRY VAN | UNDETERMINED | _____ | UNDETERMINED |
| 47.2.    2022 BMW 530E SEDAN - OWNED | $47,894.00 | Net Book Value | $47,894.07 |
| **48.**    **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.    _____ | $_____ | _____ | $_____ |
| **49.**    **Aircraft and accessories** | | | |
| 49.1.    _____ | $_____ | _____ | $_____ |
| **50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1.    CARPETS & DRAPES | $85.18 | Net Book Value | $85.18 |
| 50.2.    CONCESSION EQUIPMENT | $1,885.02 | Net Book Value | $1,885.02 |
| 50.3.    MARQUEES | $6,410.99 | Net Book Value | $6,410.99 |
| 50.4.    PROJECTOR EQUIPMENT | $192,646.09 | Net Book Value | $192,646.09 |
| 50.5.    SEATS | $5,605.46 | Net Book Value | $5,605.46 |
| 50.6.    THEATRE EQUIPMENT | $36,622.26 | Net Book Value | $36,622.26 |

Debtor    **Metropolitan Theatres Corporation**                    Case number *(if known)* **24-11569**

**51.** **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.                    $291,149.07

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1. _____<br><br>CORPORATE OFFICES<br><br>_____<br>8727 WEST 3RD STREET<br>3RD FLOOR<br>LOS ANGELES CA 90048 | LEASEHOLD | $_____ | _____ | $_____ |
| 55.2. _____<br><br>ARLINGTON THEATRE #101<br><br>_____<br>1317 STATE STREET<br>SANTA BARBARA CA 93101 | LEASEHOLD | $_____ | _____ | $_____ |
| 55.3. _____<br><br>CAMINO REAL CINEMA 6 #183<br><br>_____<br>7040 MARKETPLACE DRIVE<br>GOLETA CA 93117 | LEASEHOLD | $_____ | _____ | $_____ |
| 55.4. _____<br><br>FAIRVIEW 3 THEATRE #182<br><br>_____<br>225 NORTH FAIRVIEW AVENUE<br>GOLETA CA 93117 | LEASEHOLD | $_____ | _____ | $_____ |
| 55.5. _____<br><br>FIESTA 5 THEATRE #102<br><br>_____<br>916 STATE STREET<br>SANTA BARBARA CA 93101 | LEASEHOLD | $_____ | _____ | $_____ |

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.6. _____<br><br>METRO 4 THEATRE #104<br><br>_____<br>618 STATE STREET<br>SANTA BARBARA CA 93101 | LEASEHOLD | $_____ | _____ | $_____ |
| 55.7. _____<br><br>PASEO NUEVO THEATRE #105<br><br>_____<br>8 WEST DE LA GUERRA PLACE<br>SANTA BARBARA CA 93101 | LEASEHOLD | $_____ | _____ | $_____ |
| 55.8. _____<br><br>PLAZA DE ORO THEATRE #151<br><br>_____<br>371 HITCHCOCK WAY<br>SANTA BARBARA CA 93105 | LEASEHOLD | $_____ | _____ | $_____ |
| 55.9. _____<br><br>CALEXICO 10 THEATR #301<br><br>_____<br>2441 SCARONI ROAD<br>CALEXICO CA 92231 | LEASEHOLD | $_____ | _____ | $_____ |
| 55.10. _____<br><br>PARK TWIN THEATRE #006<br><br>_____<br>6504 PACIFIC BLVD.<br>HUNTINGTON PARK CA 90255 | LEASEHOLD | $_____ | _____ | $_____ |
| 55.11. _____<br><br>PARKING LOTS<br><br>_____<br>916, 918 & 920 STATE STREET<br>SANTA BARBARA CA 93101 | LEASEHOLD | $_____ | _____ | $_____ |
| 55.12. _____<br><br>PARKING LOTS<br><br>_____<br>HUNTINGTON PARK CA | LEASEHOLD | $_____ | _____ | $_____ |
| 55.13. _____<br><br>RETAIL PROPERTY<br><br>_____<br>920 STATE STREET<br>SANTA BARBARA CA 93101 | | $_____ | _____ | $_____ |

**56.** **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

| |
|---|
| $0.00 |

Debtor    **Metropolitan Theatres Corporation**    Case number *(if known)* **24-11569**

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1.    MXL (STATE TM) COLORADO | $0.00 | _____ | UNDETERMINED |
| 60.2.    MXL (STATE TM) CALIFORNIA | $0.00 | _____ | UNDETERMINED |
| 60.3.    MXL (STATE TM) UTAH | $0.00 | _____ | UNDETERMINED |
| 60.4.    M REWARDS (STATE TM) COLORADO | $0.00 | _____ | UNDETERMINED |
| 60.5.    M REWARDS (STATE TM) CALIFORNIA | $0.00 | _____ | UNDETERMINED |
| 60.6.    M REWARDS (STATE TM) UTAH | $0.00 | _____ | UNDETERMINED |
| 60.7.    MXL (FEDERAL TM) FEDERAL | $0.00 | _____ | UNDETERMINED |
| 60.8.    M REWARDS (FEDERAL TM) FEDERAL | $0.00 | _____ | UNDETERMINED |
| 60.9.    SCRIPTED BAR & KITCHEN (FEDERAL TM) FEDERAL | $0.00 | _____ | UNDETERMINED |
| **61.**    **Internet domain names and websites** | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1.    ARLINGTONSB.COM | $0.00 | _____ | UNDETERMINED |
| 61.2.    ARLINGTONTHEATERSB.COM | $0.00 | _____ | UNDETERMINED |
| 61.3.    ARLINGTONTHEATRESB.COM | $0.00 | _____ | UNDETERMINED |
| 61.4.    CINEMAITHELP.COM | $0.00 | _____ | UNDETERMINED |
| 61.5.    METROLUX14.COM | $0.00 | _____ | UNDETERMINED |
| 61.6.    METROLUXTHEATERS.COM | $0.00 | _____ | UNDETERMINED |
| 61.7.    METROLUXTHEATRES.COM | $0.00 | _____ | UNDETERMINED |
| 61.8.    METROPOLITANTHEATRES.COM | $0.00 | _____ | UNDETERMINED |
| 61.9.    METROTHEATRES.COM | $0.00 | _____ | UNDETERMINED |
| 61.10.    MTHEATERS.COM | $0.00 | _____ | UNDETERMINED |
| 61.11.    MTHEATRES.COM | $0.00 | _____ | UNDETERMINED |
| 61.12.    SCRIPTEDBARANDKITCHEN.COM | $0.00 | _____ | UNDETERMINED |
| **62.**    **Licenses, franchises, and royalties** | | | |
| 62.1.    SOFTWARE LICENSE AGREEMENTS - SEE, SCHEDULE G | $4,597.90 | Net Book Value | UNDETERMINED |
| 62.2.    LIQUOR LICENSES | UNDETERMINED | _____ | UNDETERMINED |

Debtor    **Metropolitan Theatres Corporation**                                        Case number *(if known)* **24-11569**

| | | | | |
|---|---|---|---|---|
| 62.3. | ROYALTY AGREEMENTS - SEE, SCHEDULE G | UNDETERMINED | _____ | UNDETERMINED |
| **63.** | **Customer lists, mailing lists, or other compilations** | | | |
| 63.1. | METROPOLITAN THEATRES - NEWSLETTER DATABASE | $0.00 | _____ | UNDETERMINED |
| 63.2. | M REWARDS - MEMBER DATABASE | $0.00 | _____ | UNDETERMINED |
| 63.3. | ARLINGTON THEATRES - NEWSLETTER DATABASE | $0.00 | _____ | UNDETERMINED |
| 63.4. | SCRIPTED BAR & KITCHEN - NEWSLETTER DATABASE | $0.00 | _____ | UNDETERMINED |
| **64.** | **Other intangibles, or intellectual property** | | | |
| 64.1. | _____ | $_____ | _____ | $_____ |
| **65.** | **Goodwill** | | | |
| 65.1. | _____ | $_____ | _____ | $_____ |

**66.    Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

> UNDETERMINED

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☒ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 11:    All other assets**

---

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

> Current value of
> debtor's interest

**71.    Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ - | $_____ | = ........ → | $_____ |

**72.    Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. CALIFORNIA FRANCHISE TAX BOARD PO BOX 942857 SACRAMENTO CA 94257-0531 | $_____ | $17,728,597.00 | THROUGH 2022 | UNDETERMINED |

**73.    Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

73.1. _____  _____  _____  _____  _____  $_____

**74.**     **Causes of action against third parties (whether or not a lawsuit
has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1.[1]   PHILLIP FRIDEN | ACCOUNTS RECEIVABLE COLLECTION | $130,000.00 | UNDETERMINED |

[1]INCLUDED AMOUNT OF $128,092.00 IN RESPONSE TO PART 3, NO. 11

**75.**     **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. _____ | _____ | $_____ | $_____ |

**76.**     **Trusts, equitable or future interests in property**

76.1. _____  $_____

**77.**     **Other property of any kind not already listed**
Examples: Season tickets, country club membership

| | |
|---|---|
| 77.1. | DODGERS BASEBALL TICKETS | $15,927.00 |
| 77.2. | METRO FOUNDRY, LLC - AFFILIATE RECEIVABLE | $1,343,467.44 |
| 77.3. | METRO NORTHWEST, LLC - AFFILIATE RECEIVABLE | $202,130.00 |
| 77.4. | METROPOLITAN ROCKY MOUNTAIN CINEMAS, LLC - AFFILIATE RECEIVABLE | $31,560.85 |
| 77.5. | 8727 WEST THIRD STREET LLC - AFFILIATE RECEIVABLE | $20,551.92 |

**78.**     **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.                    $1,613,637.21

**79.**     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Metropolitan Theatres Corporation**                                        Case number *(if known)* **24-11569**

---

| **Part 12:** | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $316,991.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,173.70 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $186,226.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $181,809.97 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,652.53 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $291,149.07 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................................ → | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                     **+** | $1,613,637.21 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $2,633,640.92 | + 91b.    $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................    $2,633,640.92

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Metropolitan Theatres Corporation |
| **United States Bankruptcy Court for the:** Central District of California |
| **Case number (if known):** 24-11569 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **Metropolitan Theatres Corporation**

Case number *(if known)* **24-11569**

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1.**    **Creditor's name and address**

AMERICAN RIVIERA BANK
1033 ANACAPA STREET
SANTA BARBARA CA 93101

**Creditor's email address, if known**

_____

**Date debt was incurred:** _____

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority. THE U.S. SMALL BUSINESS ADMINISTRATION HAS A FIRST PRIORITY LIEN, SUPERIOR TO THE LIEN OF AMERICAN RIVIERA BANK

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL FIXTURES AND ARTICLES OF PERSONAL PROPERTY AND ALL APPURTENANCES AND ADDITIONS THERETO AND SUBSTITUTIONS OR REPLACEMENTS OR PROCEEDS THERETO OR THEREOF, NOW OR AT ANY TIME HEREAFTER OWNED BY THE GRANTOR AND/OR DEBTOR LOCATED AT 1317 STATE ST., SANTA BARBARA, CA 93101

**Describe the lien**

UCC-1 RECORDED 09/04/2020 IN STATE OF CALIFORNIA AS DOCUMENT NO. U200016267831

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☐ Unliquidated

☐ Disputed

$5,200,000.00      UNDETERMINED

Debtor   **Metropolitan Theatres Corporation**                              Case number *(if known)* 24-11569

---

| 2.2. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|
| | U.S. SMALL BUSINESS ADMINISTRATION<br>1545 HAWKINS BLVD<br>SUITE 202<br>EL PASO TX 79925 | ALL TANGIBLE AND INTANGIBLE PERSONAL PROPERTY, INCLUDING, BUT NOT LIMITED TO: (A) INVENTORY, (B) EQUIPMENT, (C) INSTRUMENTS, INCLUDING PROMISSORY NOTES (D) CHATTEL PAPER, INCLUDING TANGIBLE CHATTEL PAPER AND ELECTRONIC CHATTEL PAPER, (E) DOCUMENTS, (F) LETTER OF CREDIT RIGHTS, (G) ACCOUNTS, ETC. | $497,934.00 | UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** April 2020 & June 2021

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe the lien**

UCC-1 RECORDED 07/20/2020 IN STATE OF CALIFORNIA AS DOCUMENT NO. U200002562619

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $5,697,934.00

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | AMERICAN RIVIERA BANK<br>PO BOX 329<br>SANTA BARBARA CA 93102 | Line 2.1 | _____ |
| 3.2. | U.S. SMALL BUSINESS ADMINISTRATION<br>OFFICE OF GENERAL COUNSEL<br>312 NORTH SPRING STREET<br>5TH FLOOR<br>LOS ANGELES CA 90012 | Line 2.2 | _____ |

---

| Debtor | **Metropolitan Theatres Corporation** | Case number *(if known)* **24-11569** |
|---|---|---|

| 3.3. | US ATTORNEY | Line 2.2 | _____ |
| | ELAN S. LEVEY | | |
| | ASST. US ATTY/COUNSEL FOR SBA | | |
| | 300 N. LOS ANGELES STREET | | |
| | FED. BLDG, RM 7516 | | |
| | LOS ANGELES CA 90012 | | |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Metropolitan Theatres Corporation |
| **United States Bankruptcy Court for the:** Central District of California |
| **Case number (if known):** 24-11569 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1.[1] | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GIFT CARD LIABILITIES | ☒ Contingent | $401,981.00 | UNDETERMINED |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** GIFT CARD LIABILITY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7) | | | |

| 2.2.[2] | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PRE-PETITION EMPLOYER PAYROLL TAXES | ☐ Contingent | $29,944.00 | $29,944.00 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYER EMPLOYEE TAXES | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor    **Metropolitan Theatres Corporation**                                Case number *(if known)* **24-11569**

| 2.3.[2] | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PRE-PETITION PAYROLL AT GROSS | *Check all that apply.* | $102,145.33 | $102,145.33 |

| | | |
|---|---|---|
| | ☐ Contingent | |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                           EMPLOYEE WAGES

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                                 ☑ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)    ☐ Yes

[1]AS OF 12/31/2022 AND TO BE RECONCILED. SEE GLOBAL NOTES

[2]SUBJECT TO POST-PETITION PAYMENT PURSUANT TO ORDER, DOCKET NO. 91

Debtor  **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

3.1.    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

8727 WEST THIRD STREET LLC                                                                   $62,808.54
BONNIE FULLER
624 N FOOTHILL RD                                       ☐ Contingent
BEVERLY HILLS CA 90210
                                                       ☐ Unliquidated

                                                       ☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                ACCOUNTS PAYABLE

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

                                                       ☐ No
                                                       ☐ Yes

3.2.    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

8X8, INC - FORMERLY FUZE                                                                     $5,702.90
PO BOX 848080
LOS ANGELES CA 90084-8080                              ☐ Contingent

                                                       ☐ Unliquidated

                                                       ☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                ACCOUNTS PAYABLE

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

                                                       ☐ No
                                                       ☐ Yes

3.3.    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

A PLUS REFRIGERATION-INC-CORP                                                                $2,884.20
PO BOX 60437
SANTA BARBARA CA 93160                                 ☐ Contingent

                                                       ☐ Unliquidated

                                                       ☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**

VARIOUS                                                ACCOUNTS PAYABLE

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

                                                       ☐ No
                                                       ☐ Yes

Debtor   **Metropolitan Theatres Corporation**                                      Case number *(if known)* **24-11569**

---

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

A24 FILMS LLC
PO BOX 8297
PASADENA CA 91109-8297

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,281.24

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADT COMMERCIAL
PO BOX 219044
KANSAS CITY MO 64121-9044

☐ Contingent
☐ Unliquidated
☐ Disputed

$83.28

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AEGON USA REALTY ADVISORS, INC.
4333 EDGEWOOD ROAD, N.E.
CEDAR RAPIDS IA 52499

☑ Contingent
☐ Unliquidated
☐ Disputed

$739,048.23

**Date or dates debt was incurred**          **Basis for the claim:**

_____              GUARANTY

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                        Case number *(if known)* **24-11569**

---

**3.7.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

AIRGAS NATIONAL CARBONATION
PO BOX 734673
DALLAS TX 75373-4673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$602.19

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.8.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ALLIED BEVERAGES
PO BOX 842685
LOS ANGELES CA 90084-2685

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,770.67

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.9.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

AMERICAN EXPRESS - CORP
PO BOX 96001
LOS ANGELES CA 90096-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,972.82

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | **Metropolitan Theatres Corporation** | | Case number *(if known)* **24-11569** |
|---|---|---|---|

---

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANGEL STUDIOS INC
295 W CTR ST
PROVO UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,996.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARCADY DISTRIBUTING
100 ADAMS RD
GOLETA CA 93117

☐ Contingent
☐ Unliquidated
☐ Disputed

$309.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARLINGTON THEATRE PROPERTY LLC
8727 W THIRD ST
LOS ANGELES CA 90048

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,196,933.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TWO PROMISSORY NOTES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                   Case number *(if known)* **24-11569**

---

**3.13.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- |

ARLINGTON THEATRE PROPERTY LLC
8727 W THIRD ST
LOS ANGELES CA 90048

$30,604.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.14.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- |

ASSOCIATED TIME ON DEMAND
ASSOCIATED TIME ON DEMAND
565 WEST LAMBERT RD STE A
BREA CA 92821

$1,109.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.15.**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| --- | --- | --- |

BANKDIRECT CAPITAL FINANCE
150 NORTH FIELD DR STE 190
LAKE FOREST IL 60045

$17,147.11

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                Case number *(if known)* **24-11569**

---

**3.16.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| BAY ALARM COMPANY-CORP | | $3,100.11

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.17.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| BETTER BEVERAGES, INC - CORP
PO BOX 1399
BELLFLOWER CA 90707 | | $380.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.18.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| BIG WORLD PICTURES | | $87.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
VARIOUS                                       DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| 3.19. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BLEECKER STREET MEDIA, LLC<br>PO BOX 411358<br>BOSTON MA 02241 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,939.87 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>DISTRIBUTOR PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.20. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BLUE FOX ENTERTAINMENT 2 LLC<br>155 NORTH 400 WEST STE 400<br>SALT LAKE CITY UT 84103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $125.21 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>DISTRIBUTOR PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.21. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | BRUCE CORWIN TRUST | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $854,629.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>LOAN PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor    **Metropolitan Theatres Corporation**                                        Case number *(if known)* **24-11569**

---

**3.22.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| CALEXICO REDEVELOPMENT AGENCY-NO1099 | ☐ Contingent | $20,000.00
| FINANCE DIRECTOR | ☐ Unliquidated |
| 608 HEBER AVE | ☐ Disputed |
| CALEXICO CA 92231 | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.23.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| CAMINO REAL L.L.C. | ☐ Contingent | $47,779.05
| 1101 ANACAPA ST | ☐ Unliquidated |
| STE 250 | ☐ Disputed |
| SANTA BARBARA CA 93101 | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.24.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| CAMINO REAL L.L.C. - CORP | ☐ Contingent | $455.42
| 1101 ANACAPA ST | ☐ Unliquidated |
| STE 250 | ☐ Disputed |
| SANTA BARBARA CA 93101 | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

**3.25.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CHAMBERS & CHAMBERS
511 ALEXIS CT
NAPA CA 94558

$1,305.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.26.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHAMBERS AND CHAMBERS WINE
MERCHANTS
511 ALEXIS CT
NAPA CA 94558

$1,632.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.27.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CHANNEL CITY LUMBER
35 AERO CAMINO
GOLETA CA 93117-3104

$207.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                                    Case number *(if known)* **24-11569**

---

**3.28.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| CINEMA SOLUTIONS, INC. | | $1,283.97
| PO BOX 591789 | ☐ Contingent |
| SAN ANTONIO TX 78259 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | ACCOUNTS PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☐ No |
| | ☐ Yes |

**3.29.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| CINEVERSE | | $70.53
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | DISTRIBUTOR PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☐ No |
| | ☐ Yes |

**3.30.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| CINIONIC, INC - CORP | | $5,784.87
| PO BOX 889248 | ☐ Contingent |
| LOS ANGELES CA 90088 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| VARIOUS | ACCOUNTS PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☐ No |
| | ☐ Yes |

---

Debtor   **Metropolitan Theatres Corporation**                                      Case number *(if known)* **24-11569**

| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY OF CALEXICO - ACCT 41907
608 HEBER AVE
CALEXICO CA 92231

☐ Contingent
☐ Unliquidated
☐ Disputed

$867.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.32. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY OF SANTA BARBARA
735 ANACAPA ST
SANTA BARBARA CA 93101

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.33. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY OF SANTA BARBARA - ENVIRONMENTAL
SERV.
735 ANACAPA ST
SANTA BARBARA CA 93101

☐ Contingent
☐ Unliquidated
☐ Disputed

$240.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                        Case number *(if known)* **24-11569**

---

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY OF SANTA BARBARA - UTILITIES
735 ANACAPA ST
SANTA BARBARA CA 93101

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,274.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.35. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY OF SANTA BARBARA POLICE
DEPARTMENT
215 E. FIGUEROA ST.
SANTA BARBARA CA 93101

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,230.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.36. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CITY OF SANTA BARBARA TRASH
CITY OF SANTA BARBARA - UTILITIES
735 ANACAPA ST
SANTA BARBARA CA 93101

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,580.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.37.   **Nonpriority creditor's name and mailing address**

CITY OF SANTA BARBARA, TREAS.-NO1099

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50,693.24

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.38.   **Nonpriority creditor's name and mailing address**

COASTLINE ELECTRIC, INC.- CORP
7465 HOLLISTER #343
GOLETA CA 93117

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,510.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.39.   **Nonpriority creditor's name and mailing address**

CONSTELLATION NEW ENERGY INC - CORP
100 CONSTELLATION WAY
BALTIMORE MD 21202

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$52,010.91

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | **Metropolitan Theatres Corporation** | Case number *(if known)* **24-11569** |
|---|---|---|

| 3.40.¹ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|
| | CORWIN ASSOCIATES PARTNERSHIP 8727 W THIRD ST LOS ANGELES CA 90048 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,789,598.00 |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** AFFILIATE UNSECURED LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|
| | COX COMMUNICATIONS SANTA BARBARA DEPT #880101 PO BOX 29650 PHOENIX AZ 85038-9650 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $233.80 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Amount of claim** |
|---|---|---|---|
| | CROCKER REFRIGERATION HEATING & AIR - CORP 5531 EKWILL ST SANTA BARBARA CA 93111 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $15,388.65 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor    **Metropolitan Theatres Corporation**                                          Case number *(if known)* **24-11569**

---

**3.43.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DAVES'S SIGNS-CORP
4773 ORTEGA ST UNIT C
VENTURA CA 93003

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,334.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.44.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DELUXE ECHOSTAR LLC
PO BOX 103375
PASADENA CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

$440.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.45.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DIGITAL CINEMA DISTRIBUTION COALITION LLC
11726 SAN VICENTE BLVD STE 660
LOS ANGELES CA 90049

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,820.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                              Case number *(if known)* **24-11569**

---

**3.46.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

DISNEY
PO BOX 732554
DALLAS TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,071.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.47.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EASY ICE LLC
PO BOX 879
MARQUETTE MI 49855

☐ Contingent
☐ Unliquidated
☐ Disputed

$168.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.48.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

EMICK MEDIA LLC
PO BOX 572440
TARZANA CA 91357

☐ Contingent
☐ Unliquidated
☐ Disputed

$28,718.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

**3.49.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

EMPLOYERS CHOICE ONLINE INC. - CORP
13210 FLORENCE AVE
SANTA FE SPRINGS CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

$316.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.50.** **Nonpriority creditor's name and mailing address**

EMR CONCESSION LLC
3815 MULE CREEK CT
SAN BERNARDINO CA 92407

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,198.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.51.** **Nonpriority creditor's name and mailing address**

ENTERTAINMENT STUDIOS MOTION PICTURES
LLC
GRISELDA GONZALEZ
PO BOX 8457
PASADENA CA 91109-8457

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$108.15

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| | | |
|---|---|---|
| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.52.

**Nonpriority creditor's name and mailing address**

EVIRS, GRETCHEN
1240 GARDENIA ST
OXNARD CA 93036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$241.30

---

3.53.

**Nonpriority creditor's name and mailing address**

EXPERIAN, EMPTECH - CORP
PO BOX 841971
LOS ANGELES CA 90084-1971

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$755.00

---

3.54.

**Nonpriority creditor's name and mailing address**

FATHOM EVENTS
AC JV LLC
PO BOX 734426
CHICAGO IL 60673-4426

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$9,243.48

---

Debtor    **Metropolitan Theatres Corporation**                        Case number *(if known)* **24-11569**

---

3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

FEDERAL EXPRESS
PO BOX 7221
PASADENA CA 91109-7321

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,676.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

FISH WINDOW CLEANING-CORP
933 CASTILLO ST
SANTA BARBARA CA 93101

☐ Contingent
☐ Unliquidated
☐ Disputed

$520.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

FOCUS FEATURES
PO BOX 848270
DALLAS TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,956.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                  Case number *(if known)* **24-11569**

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | FP MAILING SOLUTIONS<br>PO BOX 157<br>BEDFORD PARK IL 60499-0157 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $162.95 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | GARDA CL WEST, INC - CORP<br>LOCKBOX 233209<br>3209 MOMENTUM PL<br>CHICAGO IL 60689-5332 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,078.21 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | GERARDO CHAVEZ GARDENING SERVICE<br>PO BOX 732<br>SANTA BARBARA CA 93102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $325.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

**3.61.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

GKIDS

$27,145.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.62.** **Nonpriority creditor's name and mailing address**

GOLDEN LINK - CORP
6 DEPOT STREET, SUITE 207
WASHINGTONVILLE NY 10992

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,926.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.63.** **Nonpriority creditor's name and mailing address**

GOLETA WATER DISTRICT
PO BOX 847
GOLETA CA 93116-0847

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$923.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | **Metropolitan Theatres Corporation** | Case number *(if known)* **24-11569** |
|---|---|---|

**3.64.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| GOOD LAND PLUMBING & CONSTRUCTIONS INC. - CORP<br>298 ORANGE AVE #A<br>SANTA BARBARA CA 93117-3603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,074.91 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

**3.65.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| GOYO'S LANDSCAPING<br>733 VILLA GRANDE ST<br>CALEXICO CA 92231 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,350.00 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

**3.66.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim |
|---|---|---|
| GRANITE TELECOMMUNICATIONS, LLC<br>PO BOX 830103<br>PHILADELPHIA PA 19182 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,662.93 |
| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

**3.67.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

GREENBURG, RICK
4545 CHAPPARAL DR
CARPINTERIA CA 93013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

$172.86

---

**3.68.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HEADLANDS ENTERPRISES, INC
KELLY DOOLING
26511 MONTEBELLO PL
MISSION VIEJO CA 92691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

$36,434.00

---

**3.69.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HOME DEPOT CREDIT SERVICES
DEPT XX-XXXXXX-7674
PO BOX 78047
PHOENIX AZ 85062-8047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

$369.10

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

**3.70.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

I.A.T.S.E. NATIONAL HEALTH & WELFARE FUND
55 WEST 39TH STREET, 5TH FLOOR
NEW YORK NY 10018

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,700.07

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.71.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

I.A.T.S.E. SB LOCAL 442
PO BOX 413
SANTA BARBARA CA 93102

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$599.16

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.72.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

ICEE-USA CORP.
PO BOX 515723
LOS ANGELES CA 90051

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$15,795.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                      Case number *(if known)* **24-11569**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IFC FILMS
27413 NETWORK PL
CHICAGO IL 60673-1274

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,687.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

IMPERIAL IRRIGATION DISTRICT
333 EAST BARIONI BLVD
IMPERIAL CA 92251

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,945.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INDEPENDENT BANK
P.O. BOX 3035
MCKINNEY TX 75070

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,955,547.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

GUARANTY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Metropolitan Theatres Corporation**                          Case number *(if known)* **24-11569**

---

**3.76.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

INDEPENDENT BANK

☐ Contingent
☐ Unliquidated
☐ Disputed

$20.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.77.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JANUS FILMS

☐ Contingent
☐ Unliquidated
☐ Disputed

$257.06

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.78.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JJB FAMILY, LLC
P.O. BOX 775184
STEAMBOAT SPRINGS CO 80477

☑ Contingent
☐ Unliquidated
☐ Disputed

$21,500.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
GUARANTY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                        Case number *(if known)* **24-11569**

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

JORDANOS' INC
PO BOX 6803
SANTA BARBARA CA 93160

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,512.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.80. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

JOY EQUIPMENT PROTECTION, INC.
PO BOX 1080
CARPINTERIA CA 93014

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$225.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.81. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

KCV CLEANING
PO BOX 1062
SANTA BARBARA CA 93102

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 29 of 55

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

**3.82.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LINDE GAS AND EQUIPMENT INC.
DEP LA 21511
PASADENA CA 91185-1511

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$700.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.83.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LIONSGATE ENTERTAINMENT
LIONSGATE LOCKBOX 29159
4 CHASE METROTECH CTR
7TH FL EAST
BROOKLYN NY 11245

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,678.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.84.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LOCKTON INSURANCE BROKERS, LLC
DEPT LA 23878
PASADENA CA 91185-3878

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,435.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                        Case number *(if known)* **24-11569**

---

**3.85.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LOS ANGELES COUNTY TAX COLLECTOR | ☐ Contingent | $24,666.37
| SMALL BUSINESS ADMINISTRATION | ☐ Unliquidated |
| 225 N HILL ST #1 | ☐ Disputed |
| LOS ANGELES CA 90012 | |

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                   ACCOUNTS PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.86.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LUMINOSITY ENTERTAINMENT | ☐ Contingent | $33.95
| | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                   DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.87.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| MAGNOLIA FILMS | ☐ Contingent | $86.28
| | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                   DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MAIN FRAME/DARK SKY FILMS | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $253.51 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | DISTRIBUTOR PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☐ Yes | |

| 3.89. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MAJOR PLUMBING CO, INC.<br>1279 SIMPSON WAY<br>ESCONDIDO CA 92029 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,811.25 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☐ Yes | |

| 3.90. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | MARBORG INDUSTRIES INC-CORP<br>PO BOX 4127<br>SANTA BARBARA CA 93140-4127 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,552.41 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☐ Yes | |

Debtor    **Metropolitan Theatres Corporation**                              Case number *(if known)* **24-11569**

---

3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

METRO FOUR THEATRE PROPERTY, LLC
8727 W THIRD ST
LOS ANGELES CA 90048

☐ Contingent
☐ Unliquidated
☐ Disputed

$80,869.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.92.[1] | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

METROLUX PARTNERSHIP
8727 W THIRD ST
LOS ANGELES CA 90048

☐ Contingent
☐ Unliquidated
☐ Disputed

$371,929.11

**Date or dates debt was incurred**

_____

**Basis for the claim:**

AFFILIATE UNSECURED LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

MGM
PO BOX 94623
SEATTLE WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,050.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

**3.94.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

MID-WEST WHOLESALE LIGHTING - CORP
PO BOX 27339
LOS ANGELES CA 90027-4913

☐ Contingent
☐ Unliquidated
☐ Disputed

$598.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.95.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

MILPAS RENTAL INC.
6 NORTH MILPAS ST
SANTA BARBARA CA 93103

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,011.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.96.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

MOVING IMAGE TECHNOLOGIES LLC
17760 NEW HOPE ST STE B
FOUNTAIN VALLEY CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,291.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

**3.97.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | MUBI | *Check all that apply.* | $233.28
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** |
| | VARIOUS | DISTRIBUTOR PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☐ No |
| | | ☐ Yes |

**3.98.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | MUSIC BOX FILMS | *Check all that apply.* | $293.46
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** |
| | VARIOUS | DISTRIBUTOR PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☐ No |
| | | ☐ Yes |

**3.99.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | NEON RATED LLC | *Check all that apply.* | $11,072.60
| | PO BOX 8260 | ☐ Contingent |
| | PASADENA CA 91109 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | **Basis for the claim:** |
| | VARIOUS | DISTRIBUTOR PAYABLE |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | | ☐ No |
| | | ☐ Yes |

---

Debtor    **Metropolitan Theatres Corporation**                    Case number *(if known)* **24-11569**

| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NETFLIX

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,331.15

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.101. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

O'CONNOR PEST CONTROL
5569 EKWILL ST STE B
GOLETA CA 93111

☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.102. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

O'CONNOR PRINT & PROMO
PO BOX 483
ACTON CA 93510

☐ Contingent
☐ Unliquidated
☐ Disputed

$634.85

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.103.

**Nonpriority creditor's name and mailing address**

OPENTEXT INC. - CORP
JP MORGAN LOCKBOX
24685 NETWORK PL
CHICAGO IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$439.26

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.104.

**Nonpriority creditor's name and mailing address**

OSRAM SYLVANIA INC. - CORP.
PO BOX 2114
CAROL STREAM IL 60132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,899.93

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.105.

**Nonpriority creditor's name and mailing address**

PACIFIC BEVERAGE CO
PO BOX 392
OXNARD CA 93032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,979.25

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| | | |
|---|---|---|
| **3.106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.106.**

**Nonpriority creditor's name and mailing address**

PARAMOUNT
PO BOX 748774
LOS ANGELES CA 90074-8774

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$26,783.37

---

**3.107.**

**Nonpriority creditor's name and mailing address**

PEPSI-COLA COMPANY (CHICAGO)
PEPSI-COLA LOCKBOX 1884
75 REMITTANCE DR STE 1884
CHICAGO IL 60675-1884

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$10,350.68

---

**3.108.**

**Nonpriority creditor's name and mailing address**

PHILLIPS 66 CO/SYNCB
PO BOX 669824
DALLAS TX 75266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$429.61

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| 3.109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PLAZA DE ORO (DELAWARE) LLC
MISSION HILL MANAGEMENT
PO BOX 4218
SANTA BARBARA CA 93140

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.110. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POLAR BEAR SERVICES INC - CORP
7040 LONG CANYON RD
SANTA MARIA CA 93454

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,203.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.111. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PROMAC IMAGE SYSTEMS CO.
1720 S VERMONT AVE
LOS ANGELES CA 90006

☐ Contingent
☐ Unliquidated
☐ Disputed

$112.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

| 3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PROMENADE SHOPS - 10220472 LLC
220 EAST 42ND STREET
27TH FLOOR
NEW YORK NY 10017

☒ Contingent
☐ Unliquidated
☐ Disputed

$27,410.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
GUARANTY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.113. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUALITY WINDOWS, INC. -SANTA BARBARA
534 N MILPAS ST
SANTA BARBARA CA 93103

☐ Contingent
☐ Unliquidated
☐ Disputed

$346.25

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.114. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RANUCCI, PHIL
1230 FRANCISCAN CT #8
CARPINTERIA CA 93013

☐ Contingent
☐ Unliquidated
☐ Disputed

$192.99

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                   Case number *(if known)* **24-11569**

---

**3.115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

REPROGRAPHICS, INC. - CORP
2600 CANTON CT STE E
FORT COLLINS CO 80525

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$437.21

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.116.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

REPUBLIC NATIONAL DISTRIBUTING LLC -
CORP
PO BOX 743564
LOS ANGELES CA 90074

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,669.55

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.117.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

REPUBLIC PICTURES

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$110.78

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
DISTRIBUTOR PAYABLE

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                   Case number *(if known)* **24-11569**

---

**3.118.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

REPUBLIC SERVICES #467
PO BOX 78829
PHOENIX AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

$613.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.119.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROADSIDE ATTRACTIONS, LLC
PO BOX 511630
LOS ANGELES CA 90051-8185

☐ Contingent
☐ Unliquidated
☐ Disputed

$307.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.120.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROYAL PAPER CORPORATION
10232 PALM DR
SANTA FE SPRINGS CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

$27,889.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

**3.121.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.121.**

**Nonpriority creditor's name and mailing address**

RRM DESIGN GROUP
32332 CAMINO CAPISTRANO #205
SAN JUAN CAPISTRANO CA 92675

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.122.**

**Nonpriority creditor's name and mailing address**

SABAN FILMS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$372.72

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.123.**

**Nonpriority creditor's name and mailing address**

SANTA BARBARA INDEPENDENT, INC
1715 STATE ST
SANTA BARBARA CA 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,358.66

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                          Case number *(if known)* **24-11569**

---

| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCATENA & ROSNER FILMS

☐ Contingent
☐ Unliquidated
☐ Disputed

$47.78

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.125. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMALL BUSINESS ADMINISTRATION
PO BOX 3918
PORTLAND OR 97208

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       SHUTTERED VENUE OPERATOR GRANTS

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.126. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SN REALTY CORP
C/O ARCADIA MANAGEMENT GROUP
FORMERLY BKM HOLIDAY VILLAGE, LLC
P.O. BOX 10
SCOTTSDALE AZ 85252-0010

☒ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

GUARANTY

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                          Case number *(if known)* **24-11569**

---

**3.127.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

SN REALTY CORP
C/O ARCADIA MANAGEMENT GROUP
FORMERLY BKM HOLIDAY VILLAGE, LLC
P.O. BOX 10
SCOTTSDALE AZ 85252-0010

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
GUARANTY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

SO CAL GAS
555 WEST FIFTH ST
LOS ANGELES CA 90013

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $6,538.22

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.129.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

SONY PICTURES
PO BOX 840550
DALLAS TX 75284-0550

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $13,292.19

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   **Metropolitan Theatres Corporation**                                   Case number *(if known)* **24-11569**

| | | |
|---|---|---|
| **3.130.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| | |
|---|---|
| SOUTHERN CALIFORNIA CINETECH-CORP<br>PO BOX 9849<br>CANOGA PARK CA 91309 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$2,580.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| **3.131.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON<br>8631 RUSH ST<br>ROSEMEAD CA 91770 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$37,568.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | |
|---|---|---|
| **3.132.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| | |
|---|---|
| SOUTHERN GLAZER'S OF CA SOUTH<br>2501 HOOVER ST<br>FILE 56002<br>LOS ANGELES CA 90007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$14,718.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                          Case number *(if known)* **24-11569**

---

| 3.133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAPLES ADVANTAGE - CORP
PO BOX 660409
DALLAS TX 75266-0409

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,036.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.134. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUPPLY SHOP - CORP
501 MAIN ST #455
ALEXANDRIA SD 57311

☐ Contingent
☐ Unliquidated
☐ Disputed

$548.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.135. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE AVENUE
6310 SAN VICENTE BLVD STE 500
LOS ANGELES CA 90048

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,400.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

| 3.136. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE BOXOFFICE COMPANY LLC<br>63 COPPS HILL RD<br>RIDGEFIELD CT 06877 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,950.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.137. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE FOUNDRY THEATER, LLC<br>3528 PRECISION DRIVE<br>SUITE 100<br>FORT COLLINS CO 80528 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,560.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>GUARANTY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.138. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | THE PAVILION<br>200 EAST CARRILLO ST<br>STE 200<br>SANTA BARBARA CA 93101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $54,872.77 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Debtor    **Metropolitan Theatres Corporation**                    Case number *(if known)* **24-11569**

| | | |
|---|---|---|
| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

THYSSENKRUPP ELEVATOR CORP.
PO BOX 3796
CAROL STREAM IL 60132-3796

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,491.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.140.    **Nonpriority creditor's name and mailing address**

TOGNAZZINI BEVERAGE SERVICE - CORP
241 ROEMER WAY
SANTA MARIA CA 93454

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$199.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.141.    **Nonpriority creditor's name and mailing address**

TOWERSTREAM CORPORATION
PO BOX 414061
BOSTON MA 02241-4061

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$653.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | TRAFALGAR RELEASING | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $392.88 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | DISTRIBUTOR PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☐ Yes | |

| 3.143. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | UNIVERSAL<br>PO BOX 848270<br>DALLAS TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,465.77 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | DISTRIBUTOR PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☐ Yes | |

| 3.144. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | VALLEY VISTA SERVICES INC<br>17445 E RAILROAD ST<br>CITY OF INDUSTRY CA 91748 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,150.54 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No<br>☐ Yes | |

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

**3.145.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

VELOCITY, A MANAGED SERVICES COMPANY - CORP
PO BOX 631310
CINCINNATI OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,064.98

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.146.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

VERIFONE, INC.
PO BOX 854060
MINNEAPOLIS MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,220.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.147.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

VERIZON
PO BOX 660108
DALLAS TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,445.56

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCOUNTS PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

---

**3.148.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.148.**

**Nonpriority creditor's name and mailing address**

VERTICAL ENTERTAINMENT
DEPT LA 25398
PASADENA CA 91185

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$774.34

---

**3.149.**

**Nonpriority creditor's name and mailing address**

VISTA ENTERTAINMENT SOLUTIONS (USA), INC.
335 N MAPLE DR
STE 150
BEVERLY HILLS CA 90201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$55,614.42

---

**3.150.**

**Nonpriority creditor's name and mailing address**

VISTAR
PO BOX 951080
DALLAS TX 75395

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$72,351.14

---

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| 3.151. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.151.

**Nonpriority creditor's name and mailing address**

VIVA PICTURES DISTRIBUTION
1539 WESTWOOD BLVD
LOS ANGELES CA 90024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$1,244.67

---

3.152.

**Nonpriority creditor's name and mailing address**

WARNER BROS.
FINANCIAL ADMINISTRATION
PO BOX 2910
TOLUCA LAKE CA 91610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

DISTRIBUTOR PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$2,919.44

---

3.153.

**Nonpriority creditor's name and mailing address**

WEST COAST ARCHIVES, LLC
1816 OAK ST
LOS ANGELES CA 90015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

$500.02

---

[1]AS OF 12/31/2023

Debtor    **Metropolitan Theatres Corporation**                                                      Case number *(if known)* **24-11569**

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>IVAN M GOLD<br>THREE EMBARCADERO CENTER, 12TH FLOOR<br>SAN FRANCISCO CA 94111-4074 | Part 2 line 3.23 | _____ |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>IVAN M GOLD<br>THREE EMBARCADERO CENTER, 12TH FLOOR<br>SAN FRANCISCO CA 94111-4074 | Part 2 line 3.24 | _____ |
| CITY OF SANTA BARBARA - ENVIRONMENTAL SERV.<br>801 GARDEN STREET<br># 200<br>SANTA BARBARA CA 93101 | Part 2 line 3.33 | _____ |
| PARAMOUNT PICTURES CORPORATION<br>MICOL GREEN, VP LEGAL AFFAIRS<br>THEATRICAL DISTRIBUTION<br>5555 MELROSE AVENUE<br>ARZNER BUILDING #207<br>LOS ANGELES CA 90038 | Part 2 line 3.106 | _____ |
| U.S. SMALL BUSINESS ADMINISTRATION<br>OFFICE OF GENERAL COUNSEL<br>312 NORTH SPRING STREET<br>5TH FLOOR<br>LOS ANGELES CA 90012 | Part 2 line 3.125 | _____ |
| US ATTORNEY<br>ELAN S. LEVEY<br>ASST. US ATTY/COUNSEL FOR SBA<br>300 N. LOS ANGELES STREET<br>FED. BLDG, RM 7516<br>LOS ANGELES CA 90012 | Part 2 line 3.125 | _____ |

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $534,070.33 |
| **5b.** | **Total claims from Part 2** | 5b.    **+** | $9,088,736.00 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $9,622,806.33 |

**Fill in this information to identify the case:**

**Debtor name:** Metropolitan Theatres Corporation

**United States Bankruptcy Court for the:** Central District of California

**Case number (if known):** 24-11569

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | **Title of contract** LEASE AND LEASE EXTENSION | 8727 WEST THIRD STREET LLC BONNIE FULLER 624 N FOOTHILL RD BEVERLY HILLS CA 90210 |
| | **State what the contract or lease is for** REAL PROPERTY LEASE - CORPORATE OFFICES - 8727 WEST 3RD STREET, 3RD FLOOR, LOS ANGELES, CA 90048 | |
| | **Nature of debtor's interest** LESSEE | |
| | **State the term remaining** CONFIDENTIAL | |
| | **List the contract number of any government contract** _____ | |
| 2.2. | **Title of contract** SPECIAL EVENTS - NETWORK AFFILIATE AGREEMENT AND AS AMENDED | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** DISTRIBUTION OF ALTERNATIVE THEATRICAL CONTENT - 13 LOCATIONS IDENTIFIED IN EXHIBIT B | |
| | **Nature of debtor's interest** CONTRACT PARTY | AC JV, LLC FATHOM ATTENTION: SVP OPERATIONS 6465 S GREENWOOD PLAZA BLVD GREENWOOD VILLAGE IL 80111 |
| | **State the term remaining** 12/31/2022 WITH AUTOMATIC 1 - YEAR RENEWALS; 90 - DAYS WRITTEN NOTICE TO TERMINATE | |
| | **List the contract number of any government contract** _____ | |
| 2.3. | **Title of contract** CARVEOUT GUARANTEE AND INDEMNITY AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** _____ | |
| | **Nature of debtor's interest** GUARANTOR | AEGON USA REALTY ADVISORS, INC. 4333 EDGEWOOD RD NE CEDAR RAPIDS IA 52499 |
| | **State the term remaining** _____ | |
| | **List the contract number of any government contract** _____ | |

Debtor    **Metropolitan Theatres Corporation**                                      Case number *(if known)* **24-11569**

| | | | |
|---|---|---|---|
| 2.4. | **Title of contract** | COMMERCIAL BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | WORKERS' COMPENSATION - POLICY NO.: WC 7 33811277 | |
| | **Nature of debtor's interest** | INSURED | AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA |
| | **State the term remaining** | _____ | 151 N FRANKLIN ST. |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60606 |

| | | | |
|---|---|---|---|
| 2.5. | **Title of contract** | GUARANTY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | GUARANTOR | AMERICAN RIVIERA BANK |
| | **State the term remaining** | _____ | PO BOX 329 |
| | **List the contract number of any government contract** | _____ | SANTA BARBARA CA 93102 |

| | | | |
|---|---|---|---|
| 2.6. | **Title of contract** | COMMERCIAL BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CYBER - POLICY NO. C-4LRK-044811-CYBER-2023 | |
| | **Nature of debtor's interest** | INSURED | ARCH SPECIALTY INS. CO.; |
| | **State the term remaining** | _____ | 210 HUDSON ST |
| | | | SUITE 300 |
| | **List the contract number of any government contract** | _____ | JERSEY CITY NJ '07311 |

| | | | |
|---|---|---|---|
| 2.7. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - ARLINGTON THEATRE #101 - 1317 STATE STREET, , SANTA BARBARA, CA 93101 | |
| | **Nature of debtor's interest** | LESSEE | ARLINGTON THEATRE PROPERTY, LLC |
| | **State the term remaining** | CONFIDENTIAL | ATTN DAVID CORWIN |
| | | | 8727 W THIRD ST |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90048 |

| | | | |
|---|---|---|---|
| 2.8. | **Title of contract** | SUBSCRIBER TERMS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ASANA, INC. |
| | **State the term remaining** | ON 30 - DAYS WRITTEN NOTICE | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Metropolitan Theatres Corporation**                                      Case number *(if known)* **24-11569**

| 2.9. | Title of contract | COMMERCIAL BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CYBER - POLICY NO. C-4LRK-044811-CYBER-2023 | |
| | Nature of debtor's interest | INSURED | ASCOT SPECIALY INS. CO. 212 MAPLE AVE RED BANK NJ '07701-1758 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.10. | Title of contract | AWS SERVICE TERMS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES - SOFTWARE LICENSE | |
| | Nature of debtor's interest | LICENSEE | AWS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.11. | Title of contract | PROJECT MANAGEMENT INSTALLATION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES - FILM SCREEN CONVERSION - 74 - SCREENS | |
| | Nature of debtor's interest | CONTRACT PARTY | BARCO, INC DIGITAL CINEMA DIVISION 11101 TRADE CENTER DR. RANCHO CORDOVA CA 95670 |
| | State the term remaining | NOT STATED | |
| | List the contract number of any government contract | | |

| 2.12. | Title of contract | EQUIPMENT WARRANTY AND SUPPORT AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT - MAINTENANCE | |
| | Nature of debtor's interest | CONTRACT PARTY | BARCO, INC DIGITAL CINEMA DIVISION 11101 TRADE CENTER DR. RANCHO CORDOVA CA 95670 |
| | State the term remaining | 10 - YEARS FROM DEPLOYMENT OF LAST DIGITAL CAMERA PROJECTION | |
| | List the contract number of any government contract | | |

| 2.13. | Title of contract | JOINT MARKETING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | EQUIPMENT - PURCHASE | |
| | Nature of debtor's interest | CONTRACT PARTY | BARCO, INC DIGITAL CINEMA DIVISION 11101 TRADE CENTER DR. RANCHO CORDOVA CA 95670 |
| | State the term remaining | NOT STATED | |
| | List the contract number of any government contract | | |

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| 2.14. | **Title of contract** | BEVERAGE SALES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REQUIREMENTS CONTRACT - SERVICES - BEVERAGE - 15 LOCATIONS IDENTIFIED IN EXHIBIT A | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BOTTLING GROUP, LLC ATTN: DIRECTOR, FOODSERVICE 6261 CABALLERO BLVD BUENA PARK CA 90620 |
| | **State the term remaining** | 4/30/2022 OR EXTENDED UNTIL VOLUME THRESHOLD MET WITH 30 - DAYS WRITTEN NOTICE TO TERMINATE | |
| | **List the contract number of any government contract** | _____ | |

| 2.15. | **Title of contract** | THEATRICAL EXHIBITION LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - THEATRE - MOTION PICTURE EXHIBITOR | |
| | **Nature of debtor's interest** | EXHIBITOR / LICENSEE | BUENA VISTA PICTURES DISTRIBUTION |
| | **State the term remaining** | VARIOUS | |
| | **List the contract number of any government contract** | _____ | |

| 2.16. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - CAMINO REAL CINEMA 6 #183 - 7040 MARKETPLACE DRIVE, , GOLETA, CA 93117 | |
| | **Nature of debtor's interest** | LESSEE | CAMINO REAL LIMITED LIABILITY COMPANY 1125 VEREDA DEL CIERVO GOLETA CA 93117 |
| | **State the term remaining** | CONFIDENTIAL | |
| | **List the contract number of any government contract** | _____ | |

| 2.17. | **Title of contract** | AGREEMENT AND QUOTE NO. 00178546 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - SOFTWARE LICENSE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CARBONITE, INC. |
| | **State the term remaining** | NOT STATED | |
| | **List the contract number of any government contract** | _____ | |

| 2.18. | **Title of contract** | DIGITAL CONTENT MANAGEMENT AND SUPPORT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HARDWARE & SOFTWARE MARKETING FOR 15 - THEATRES IDENTIFIED IN EXHIBIT F | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CINEMA SCENE MARKETING & PROMOTIONS A DIVISION OF VISION MEDIA 9200 INDIAN CREEK PKWY #200 OVERLAND PARK KS 66210 |
| | **State the term remaining** | 4/30/2022 WITH AUTOMATICI 1 - YEAR RENEWALS; TERMINATED ON 90 - DAYS WRITTEN NOTICE | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| 2.19. | **Title of contract** | LETTER OF AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TAKEOVER CAMPAIGN SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CINEMA SCENE MARKETING & PROMOTIONS |
| | **State the term remaining** | 3/31/2022 WITH AUTOMATIC WITH AUTOMATIC 1 - YEAR RENEWALS; TERMINATED ON 60 - DAYS WRITTEN NOTICE | A DIVISION OF VISION MEDIA 9200 INDIAN CREEK PKWY #200 OVERLAND PARK KS 66210 |
| | **List the contract number of any government contract** | _____ | |

| 2.20. | **Title of contract** | PO TEMPLATE - METRO22DECEW | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXTENDED WARRANTY - MULTIPLE THEATRES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CINIONIC INC. |
| | **State the term remaining** | 12/26/2023 | NOW KNOWN AS BARCO PO BOX 889248 |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90088 |

| 2.21. | **Title of contract** | PO TEMPLATE - METROHQ22 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXTENDED WARRANTY - 285 EAST 3RD STREET | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CINIONIC INC. |
| | **State the term remaining** | 12/26/2022 | NOW KNOWN AS BARCO PO BOX 889248 |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90088 |

| 2.22. | **Title of contract** | PO TEMPLATE - METRO-SC23 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXTENDED WARRANTY - 101 W AVENIDA VISTA HERMOSA | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CINIONIC INC. |
| | **State the term remaining** | 8/20/2024 | NOW KNOWN AS BARCO PO BOX 889248 |
| | **List the contract number of any government contract** | _____ | LOS ANGELES CA 90088 |

| 2.23. | **Title of contract** | LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - CALEXICO 10 THEATR #301 - 2441 SCARONI ROAD, , CALEXICO, CA 92231 | |
| | **Nature of debtor's interest** | LESSEE | CITY OF CALEXICO |
| | **State the term remaining** | CONFIDENTIAL | 608 HEBER AVENUE CALEXICO CA 92231 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| | | | |
|---|---|---|---|
| 2.24. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - 916, 918 & 920 STATE ST., SANTA BARBARA, CA 93101 - PARKING | |
| | **Nature of debtor's interest** | LESSEE | CITY OF SANTA BARBARA CITY CLERK P.O. BOX 1990 SANTA BARBARA CA 93102-1990 |
| | **State the term remaining** | CONFIDENTIAL | |
| | **List the contract number of any government contract** | CITY AGREEMENT 21 , 501 | |

| | | | |
|---|---|---|---|
| 2.25. | **Title of contract** | COMCAST BUSINESS SERVICE ORDER AGREEMENT - ORDER OID-0008526860 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES - COMMUNICATIONS - LOVELAND, CO | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COMCAST BUSINESS ATTN LEGAL DEPT COMCAST CENTER 1701 JFK BLVD. PHILADELPHIA PA 19103 |
| | **State the term remaining** | 6/28/2026 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.26. | **Title of contract** | COMMERCIAL BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PROPERTY - POLICY NO.: 7033785702 | |
| | **Nature of debtor's interest** | INSURED | CONTINENTAL CASUALTY COMPANY 151 N FRANKLIN ST. CHICAGO IL 60606 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.27. | **Title of contract** | STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE - GROSS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - FIESTA 5 THEATRE #102 - 916 STATE STREET, , SANTA BARBARA, CA 93101 | |
| | **Nature of debtor's interest** | LESSEE | COOKIE PLUG SB, INC. ATTN ANNETTE RODRIGUES |
| | **State the term remaining** | CONFIDENTIAL | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.28. | **Title of contract** | COMMERCIAL SERVICES AGREEMENT DATED 10/26/2022 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES - COMMUNICATIONS/UTILITY - ARLINGTON - 1317 STATE ST | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COX BUSINESS ATTN LEGAL DEPT 6205-B PEACHTREE DUNWOODY ROAD NE ATLANTA GA 30328 |
| | **State the term remaining** | NOT STATED | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Metropolitan Theatres Corporation**                                        Case number *(if known)* **24-11569**

| 2.29. | **Title of contract** | END USER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LICENSE AGREEMENT - CHANNEL PARTNER SUPPORT AGREEMENT | |
| | **Nature of debtor's interest** | LICENSEE | CRADLEPOINT |
| | **State the term remaining** | ON 30 - DAYS WRITTEN NOTICE | 1100 W. IDAHO STREET SUITE 800 BOISE ID 83702-5389 |
| | **List the contract number of any government contract** | | |

| 2.30. | **Title of contract** | FOUNTAIN SUPPORT AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - BEVERAGE PROMOTIONS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DR PEPPER/SEVEN UP, INC. A KEURIG DR PEPPER COMPANY |
| | **State the term remaining** | 12/31/2023 WITH TERMINATION ON 90 - DAYS NOTICE | 5301 LEGACY DRIVE PLANO TX 75024-3109 |
| | **List the contract number of any government contract** | | |

| 2.31. | **Title of contract** | LEASE AND AS AMENDED & SUPPLEMENTED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - FAIRVIEW 3 THEATRE #182 - 225 NORTH FAIRVIEW AVENUE, , GOLETA, CA 93117 | |
| | **Nature of debtor's interest** | LESSEE | FAIRVIEW SHOPPING CENTER LLC FINANCIAL MANAGEMENT GROUP |
| | **State the term remaining** | CONFIDENTIAL | 345 NORTH MAPLE DR STE 284 BEVERLY HILLS CA 90210 |
| | **List the contract number of any government contract** | | |

| 2.32. | **Title of contract** | COMMERCIAL BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT LIABILITY - POLICY NO.: 8261-9019 | |
| | **Nature of debtor's interest** | INSURED | FEDERAL INSURANCE COMPANY 275 BATTERY ST FL 12 |
| | **State the term remaining** | | SAN FRANCISCO CA 94111-3305 |
| | **List the contract number of any government contract** | | |

| 2.33. | **Title of contract** | TERMS OF SERVICE EFFECTIVE 11/20/2023 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - SOFTWARE LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | FRESHWORKS, INC. |
| | **State the term remaining** | THROUGH CURRENT SUBSCRIPTION TERM (NOT STATED) WITH AUTOMATIC RENEWALS; TERMINATED ON 60 - DAYS WRITTEN NOTICE | |
| | **List the contract number of any government contract** | | |

Debtor   **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| 2.34. | Title of contract | COMMERCIAL LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE - 920 STATE ST., SANTA BARBARA, CA 93101 | |
| | Nature of debtor's interest | LESSOR | FUENTES, STEVEN AND ANDREW GONZALES |
| | State the term remaining | CONFIDENTIAL | DBA 805 UNIVERSITY |
| | List the contract number of any government contract | | 805 UNIVERSITY SANTA BARBARA CA 93101 |

| 2.35. | Title of contract | ORDER FORM NO. 20151202175441-38 AND RENEWAL | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES - HARDWARE & SOFTWARE LICENSE - 8727 WEST THIRD ST | |
| | Nature of debtor's interest | LICENSEE | FUZE, INC. |
| | State the term remaining | NOT STATED | PO BOX 347284 |
| | List the contract number of any government contract | | PITTSBURGH PA 15251 |

| 2.36. | Title of contract | ORDER FORM NO. 20190422101100-7 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES - HARDWARE & SOFTWARE LICENSE - LOVELAND, CO | |
| | Nature of debtor's interest | LICENSEE | FUZE, INC. |
| | State the term remaining | NOT STATED | PO BOX 347284 |
| | List the contract number of any government contract | | PITTSBURGH PA 15251 |

| 2.37. | Title of contract | CLIENT TERMS & CONDITIONS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GOODS - PURCHASE | |
| | Nature of debtor's interest | CONTRACT PARTY | GHA TECHNOLOGIES, INC |
| | State the term remaining | NOT STATED | |
| | List the contract number of any government contract | | |

| 2.38. | Title of contract | DOMAIN NAME REGISTRATION AGREEMENT EFFECTIVE 12/8/2022 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES - DOMAIN NAME REGISTRATION | |
| | Nature of debtor's interest | REGISTRANT | GOOGLE LLC |
| | State the term remaining | UNTIL TERMINATED | ATTN LEGAL DEPT 1600 AMPHITHEATRE PARKWAY |
| | List the contract number of any government contract | | MOUNTAIN VIEW CA 94043 |

Debtor    **Metropolitan Theatres Corporation**                                          Case number *(if known)* **24-11569**

| | | | |
|---|---|---|---|
| 2.39. | **Title of contract** | GOOGLE WORKSPACE TERMS OF SERVICE DATED 11/16/2023 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES - SLA | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GOOGLE LLC |
| | **State the term remaining** | UNTIL TERMINATED | ATTN LEGAL DEPT 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW CA 94043 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.40. | **Title of contract** | TERMS OF SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES - SOFTWARE LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | GOTO |
| | **State the term remaining** | UNTIL TERMINATED | ATTN LEGAL DEPT 333 SUMMER STREET, 5TH FLOOR BOSTON MA 02210 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.41. | **Title of contract** | COMMUNICATION PROVIDER NEW ACCOUNT & NETWORK INTEGRATION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES - COMMUNICATIONS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GRANITE TELECOMMUNICATIONS LLC |
| | **State the term remaining** | NOT STATED | ATTN LEGAL DEPT PO BOX 830103 PHILADELPHIA PA 19182 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.42. | **Title of contract** | GROUP SIZE ATTESTATION | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EMPLOYEE BENEFITS - INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HEALTH NET OF CALIFORNIA INC. LEGAL DEPT |
| | **State the term remaining** | NOT STATED | 21281 BURBANK BLVD WOODLAND HILLS CA 91367 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.43. | **Title of contract** | CONTINUING GUARANTY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | GUARANTOR | INDEPENDENT BANK PO BOX 3035 |
| | **State the term remaining** | _____ | MCKINNEY TX 75070 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Metropolitan Theatres Corporation**                                                          Case number *(if known)* **24-11569**

| 2.44. | **Title of contract** | GUARANTEE OF LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | GUARANTOR | JJB FAMILY, LLC |
| | **State the term remaining** | _____ | P.O. BOX 775184 STEAMBOAT SPRINGS CO 80477 |
| | **List the contract number of any government contract** | _____ | |

| 2.45. | **Title of contract** | JANITORIAL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - ARLINGTON THEATRE - 1317 STATE STREET | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KVC |
| | **State the term remaining** | 4/30/2024 WITH AUTOMATIC 1 - MONTH RENEWALS; TERMINATED ON 30 - DAYS WRITTEN NOTICE | ATTN: ERNESTO VALENCIA PO BOX 1062 SANTA BARBARA CA 93101 |
| | **List the contract number of any government contract** | _____ | |

| 2.46. | **Title of contract** | TERMS OF SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - SOFTWARE LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | LASTPASS US LP |
| | **State the term remaining** | THROUGH CURRENT SUBSCRIPTION TERM (NOT STATED) WITH AUTOMATIC 1 - YEARS RENEWALS; TERMINATED ON 30 - DAYS WRITTEN NOTICE | ATTN LEGAL DEPT 333 SUMMER STREET BOSTON MA 02210 |
| | **List the contract number of any government contract** | _____ | |

| 2.47. | **Title of contract** | COMMERCIAL BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GENERAL LIABILITY - POLICY NO.: 018303178 | |
| | **Nature of debtor's interest** | INSURED | LEXINGTON INSURANCE COMPANY |
| | **State the term remaining** | _____ | 99 HIGH STREET BOSTON MA '02110 |
| | **List the contract number of any government contract** | _____ | |

| 2.48. | **Title of contract** | COMMERCIAL BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DEADLY WEAPON PROTECT - POLICY NO.: CMTRO2300002 | |
| | **Nature of debtor's interest** | INSURED | LLOYD'S LONDON |
| | **State the term remaining** | _____ | ATTENTION: LEGAL DEPARTMENT 280 PARK AVENUE EAST TOWER 25TH FLOOR |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10017 |

Debtor    **Metropolitan Theatres Corporation**                                              Case number *(if known)* **24-11569**

| 2.49. | Title of contract | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE - PARK TWIN THEATRE #006 - 6504 PACIFIC BLVD., , HUNTINGTON PARK, CA 90255 | |
| | Nature of debtor's interest | LESSEE | MARY B SINGREY TRUST 1 & 2 THE SIMMONS FIRM DIANAN M. NIQUETTE 11440 W. BERNARDO CT. STE 212 THE PROMONTORY SAN DIEGO CA 92127-1643 |
| | State the term remaining | CONFIDENTIAL | |
| | List the contract number of any government contract | _____ | |

| 2.50. | Title of contract | LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REAL PROPERTY LEASE - METRO 4 THEATRE #104 - 618 STATE STREET, , SANTA BARBARA, CA 93101 | |
| | Nature of debtor's interest | LESSEE | METRO FOUR LLC 8727 W THIRD ST LOS ANGELES CA 90048 |
| | State the term remaining | CONFIDENTIAL | |
| | List the contract number of any government contract | _____ | |

| 2.51. | Title of contract | THEATRE MANAGEMENT SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | THEATRE MANAGEMENT SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | METROPOLITAN SAN CLEMENTE, LLC 8727 W. 3RD STREET LOS ANGELES CA 90048 |
| | State the term remaining | CONFIDENTIAL | |
| | List the contract number of any government contract | _____ | |

| 2.52. | Title of contract | MICROSOFT SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES - SOFTWARE LICENSE | |
| | Nature of debtor's interest | LICENSEE | MICROSOFT CORPORATION ATTN LEGAL DEPT ONE MICROSOFT WAY REDMOND WA 98052-6399 |
| | State the term remaining | UNTIL TERMINATED | |
| | List the contract number of any government contract | _____ | |

| 2.53. | Title of contract | NETWORK AFFILIATE AGREEMENT AND AS AMENDED | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PROGRAMMING AND SHARED REVENUE AGREEMENT - 17 LOCATIONS IDENTIFIED IN EXHIBIT B | |
| | Nature of debtor's interest | CONTRACT PARTY | NATIONAL CINEMEDIA, LLC |
| | State the term remaining | 3/31/2026 | |
| | List the contract number of any government contract | _____ | |

Debtor    **Metropolitan Theatres Corporation**                                          Case number *(if known)* **24-11569**

| 2.54. | **Title of contract** | LETTER AGREEMENT DATED 6/30/2023 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - OPERATIONS | |
| | **Nature of debtor's interest** | MANAGER | NETFLIX |
| | **State the term remaining** | CONFIDENTIAL | ATTN LYDIA TU MANAGER OF THEATER OPERATIONS |
| | **List the contract number of any government contract** | _____ | |

| 2.55. | **Title of contract** | JANITORIAL SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES FOR 8 - LOCATIONS IDENTIFIED IN ADDENDUM B | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NEW IMAGE THEATRE MAINTENANCE |
| | **State the term remaining** | ON 30 - DAYS WRITTEN NOTICE | ATTN: KELLY DOOLING 26511 MONTEBELLO PLACE |
| | **List the contract number of any government contract** | _____ | MISSION VIEJO CA 92691 |

| 2.56. | **Title of contract** | COMMERCIAL BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CYBER - POLICY NO. C-4LRK-044811-CYBER-2023 | |
| | **Nature of debtor's interest** | INSURED | NORTH AMERICAN CAPACITY INS. CO. |
| | **State the term remaining** | _____ | 1200 MAIN STREET SUITE 800 |
| | **List the contract number of any government contract** | _____ | KANSAS CITY MO 64105 |

| 2.57. | **Title of contract** | _____ | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - PLAZA DE ORO THEATRE #151 - 371 HITCHCOCK WAY, , SANTA BARBARA, CA 93105 | |
| | **Nature of debtor's interest** | LESSEE | PLAZA DEL ORO, LLC MISSION HILLS MANAGEMENT, |
| | **State the term remaining** | CONFIDENTIAL | 219 ANACAPA ST. SANTA BARBARA CA 93101 |
| | **List the contract number of any government contract** | _____ | |

| 2.58. | **Title of contract** | GUARANTY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | GUARANTOR | PROMENADE SHOPS - 10220472 LLC |
| | **State the term remaining** | _____ | 220 EAST 42ND ST 27TH FL |
| | **List the contract number of any government contract** | _____ | NEW YORK NY 10017 |

Debtor    **Metropolitan Theatres Corporation**                                Case number *(if known)* **24-11569**

| 2.59. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - PARKING LOT - HUNTINGTON PARK, CA | |
| | **Nature of debtor's interest** | LESSEE | SINGREY, MARY R. , |
| | **State the term remaining** | CONFIDENTIAL | 17322 DREY LN |
| | **List the contract number of any government contract** | _____ | HUNTINGTON BEACH CA 92647 |

| 2.60. | **Title of contract** | GUARANTY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | GUARANTOR | SN REALTY CORP |
| | **State the term remaining** | _____ | C/O ARCADIA MANAGEMENT GROUP |
| | **List the contract number of any government contract** | _____ | FORMERLY BKM HOLIDAY VILLAGE II, LLC<br>P.O. BOX 10<br>SCOTTSDALE AZ 85252-0010 |

| 2.61. | **Title of contract** | GUARANTY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | GUARANTOR | SN REALTY CORP |
| | **State the term remaining** | _____ | C/O ARCADIA MANAGEMENT GROUP |
| | **List the contract number of any government contract** | _____ | FORMERLY BKM HOLIDAY VILLAGE, LLC<br>P.O. BOX 10<br>SCOTTSDALE AZ 85252-0010 |

| 2.62. | **Title of contract** | THEATRICAL MASTER LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - THEATRE - MOTION PICTURE EXHIBITOR | |
| | **Nature of debtor's interest** | EXHIBITOR / LICENSEE | SONY PICTURES RELEASING CORPORATION |
| | **State the term remaining** | VARIOUS | ATTN RORY BRUER |
| | **List the contract number of any government contract** | _____ | 10202 WASHINGTON BLVD<br>CULVER CITY CA 90232-3195 |

| 2.63. | **Title of contract** | LEASE AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REAL PROPERTY LEASE - PASEO NUEVO THEATRE #105 - 8 WEST DE LA GUERRA PLACE, , SANTA BARBARA, CA 93101 | |
| | **Nature of debtor's interest** | LESSEE | SPHEAR INVESTMENTS, LLC |
| | **State the term remaining** | CONFIDENTIAL | 200 EAST CARRILLO ST<br>STE 200 |
| | **List the contract number of any government contract** | _____ | SANTA BARBARA CA 93101 |

Debtor    **Metropolitan Theatres Corporation**    Case number *(if known)* **24-11569**

| | | | |
|---|---|---|---|
| 2.64. | **Title of contract** | COMMERCIAL BUSINESS INSURANCE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AUTO - POLICY NO.: BUA 7033785716 | |
| | **Nature of debtor's interest** | INSURED | THE CONTINENTAL INSURANCE COMPANY |
| | **State the term remaining** | _____ | 151 N FRANKLIN ST. |
| | **List the contract number of any government contract** | _____ | CHICAGO IL 60606 |

| | | | |
|---|---|---|---|
| 2.65. | **Title of contract** | GUARANTY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | GUARANTOR | THE FOUNDRY THEATER LLC |
| | **State the term remaining** | _____ | 3528 PRECISION DRIVE |
| | **List the contract number of any government contract** | _____ | SUITE 100 FORT COLLINS CO 80528 |

| | | | |
|---|---|---|---|
| 2.66. | **Title of contract** | ADOPTION AGREEMENT - NON-STANDARD | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EMPLOYEE BENEFITS - 401(K) PROFIT SHARING PLAN - METRO STAR SAVINGS PLAN | |
| | **Nature of debtor's interest** | CONTRACT PARTY | THE PRINCIPAL FINANCIAL GROUP |
| | **State the term remaining** | _____ | LEGAL DEPT 711 HIGH ST |
| | **List the contract number of any government contract** | _____ | DES MOINES IA 50392 |

| | | | |
|---|---|---|---|
| 2.67. | **Title of contract** | GOLD MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ELEVATOR MAINTENANCE - THE PASEO NUEVO 4 - 8 WEST DE LA GUERRA PLACE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | THYSSENKRUPP ELEVATOR CORPORATION |
| | **State the term remaining** | 7/24/2015 WITH AUTOMATIC 3 - YEAR RENEWALS | 6087 TRIANGLE DRIVE LOS ANGELES CA 90040 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.68. | **Title of contract** | BRONZE SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ELEVATOR MAINTENANCE - CAMINO REAL 6 - 7040 MARKET PLACE DRIVE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | THYSSENKRUPP ELEVATOR CORPORATION |
| | **State the term remaining** | 4/24/2021 WITH AUTOMATIC 5 - YEAR RENEWALS | 2850 N CALIFORNIA ST STE 120 |
| | **List the contract number of any government contract** | _____ | BURBANK CA 91504 |

Debtor    **Metropolitan Theatres Corporation**                                          Case number *(if known)* **24-11569**

| | | |
|---|---|---|
| 2.69. | **Title of contract** | GOLD SERVICE AGREEMENT |
| | **State what the contract or lease is for** | ELEVATOR MAINTENANCE - HUNTINGTON PARK 2 - 6504 PACIFIC |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 4/24/2021 WITH AUTOMATIC 5 - YEAR RENEWALS |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

THYSSENKRUPP ELEVATOR CORPORATION
6087 TRIANGLE DRIVE
LOS ANGELES CA 90040

| | | |
|---|---|---|
| 2.70. | **Title of contract** | GOLD SERVICE AGREEMENT |
| | **State what the contract or lease is for** | ELEVATOR MAINTENANCE - PASEO NUEVO 4 ELEVATOR - 8 WEST DE LA GUERRA PLACE |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 4/24/2021 WITH AUTOMATIC 5 - YEAR RENEWALS |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

THYSSENKRUPP ELEVATOR CORPORATION
2850 N CALIFORNIA ST
STE 120
BURBANK CA 91504

| | | |
|---|---|---|
| 2.71. | **Title of contract** | PRODUCT SALE AGREEMENT |
| | **State what the contract or lease is for** | REQUIREMENTS CONTRACT - SERVICES - BEVERAGE - 8 - SANTA BARBARA LOCATIONS |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 5 - YEARS FROM DATE OF FIRST DELIVERY (NOT SPECIFIED) |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TOGNAZZINI BEVERAGE SERVICE
241 ROEMER WEY
SANTA MARIA CA 93454

| | | |
|---|---|---|
| 2.72. | **Title of contract** | COMMERCIAL BUSINESS INSURANCE |
| | **State what the contract or lease is for** | EXCESS - POLICY NO.: CUP-2T16628A-23-NF |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TRAVELERS EXCESS AND SURPLUS LINES COMPANY
ONE TOWER SQUARE
HARTFORD CT '06183

| | | |
|---|---|---|
| 2.73. | **Title of contract** | STANDARD INTERNET SERVICE ORDER AND MASTER SERVICES AGREEMENT |
| | **State what the contract or lease is for** | SERVICES - COMMUNICATIONS/UTILITY - 255 NORTH FAIRVIEW AVENUE |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 2021 AND THEREAFTER MONTH TO MONTH TERMINATED ON 30 - DAYS NOTICE |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TURN WIRELESS
NOW KNOWN AS TOWERSTREAM
ATTN DANIEL TEFERRA PRESIDENT
3533 OLD CONEJO ROAD
SUITE 122
NEWBURY PARK CA 91320

Debtor   **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| 2.74. | **Title of contract** | MOVE/ADD/CHANGE/DISCONNECT SERVICE ORDER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - COMMUNICATIONS/UTILITY - 916 STATE ST | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TURN WIRELESS |
| | **State the term remaining** | NOT STATED | NOW KNOWN AS TOWERSTREAM ATTN DANIEL TEFERRA PRESIDENT 3533 OLD CONEJO ROAD SUITE 122 |
| | **List the contract number of any government contract** | _____ | NEWBURY PARK CA 91320 |

| 2.75. | **Title of contract** | SERVICE ORDER AND MASTER SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - COMMUNICATIONS/UTILITY - 371 HITCHCOCK WAY | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TURN WIRELESS |
| | **State the term remaining** | 2021 AND THEREAFTER MONTH TO MONTH TERMINATED ON 30 - DAYS NOTICE | NOW KNOWN AS TOWERSTREAM ATTN DANIEL TEFERRA PRESIDENT 3533 OLD CONEJO ROAD SUITE 122 |
| | **List the contract number of any government contract** | _____ | NEWBURY PARK CA 91320 |

| 2.76. | **Title of contract** | SERVICE ORDER AND MASTER SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - COMMUNICATIONS/UTILITY - 618 STATE STREET | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TURN WIRELESS |
| | **State the term remaining** | 2021 AND THEREAFTER MONTH TO MONTH TERMINATED ON 30 - DAYS NOTICE | NOW KNOWN AS TOWERSTREAM ATTN DANIEL TEFERRA PRESIDENT 3533 OLD CONEJO ROAD SUITE 122 |
| | **List the contract number of any government contract** | _____ | NEWBURY PARK CA 91320 |

| 2.77. | **Title of contract** | MASTER LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - THEATRE - MOTION PICTURE EXHIBITOR | |
| | **Nature of debtor's interest** | EXHIBITOR / LICENSEE | UNIVERSAL FILMS EXCHANGES LLLP |
| | **State the term remaining** | VARIOUS | PO BOX 848270 DALLAS TX 75284 |
| | **List the contract number of any government contract** | _____ | |

| 2.78. | **Title of contract** | TERMS OF SERVICE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES - SOFTWARE LICENSE | |
| | **Nature of debtor's interest** | LICENSEE | UPTIME ROBOT SERVICE PROVIDER LTD. |
| | **State the term remaining** | UNTIL TERMINATED | ATTN LEGAL DEPT REGENT HOUSE OFFICE 21, BISAZZA STREET SLIEMA SLM1640 MALTA |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Metropolitan Theatres Corporation**                                          Case number *(if known)* **24-11569**

| 2.79. | Title of contract | COMMERCIAL BUSINESS INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | WORKERS' COMPENSATION - POLICY NO.: WC 7 33785683 | |
| | Nature of debtor's interest | INSURED | VALLEY FORGE INSURANCE COMPANY |
| | State the term remaining | | 151 N FRANKLIN ST. |
| | List the contract number of any government contract | | CHICAGO IL 60606 |

| 2.80. | Title of contract | STANDARD MERCHANT AGREEMENT FOR THE VERIFONE POINT SOLUTION | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES - MERCHANT AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | VERIFONE ATTN GENERAL COUNSEL |
| | State the term remaining | NOT STATED | 88 WEST PLUMERIA DRIVE |
| | List the contract number of any government contract | | SAN JOSE CA 95134 |

| 2.81. | Title of contract | TERMS OF SERVICE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES - SOFTWARE LICENSE & COMMUNICATIONS | |
| | Nature of debtor's interest | LICENSEE | VERIZON LONG DISTANCE LLC BUSINESS DIGITAL VOICE 1310 |
| | State the term remaining | UNTIL TERMINATED | NORTH COURTHOUSE RD |
| | List the contract number of any government contract | | ARLINGTON VA 22201 |

| 2.82. | Title of contract | COVERING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES - COMPUTER SYSTEM INCLUDING SOFTWARE, INSTALLATION, SOFTWARE DEVELOPMENT AND SUPPORT SERVICES | |
| | Nature of debtor's interest | LICENSEE | VISTA ENTERTAINMENT SOLUTIONS (USA) INC |
| | State the term remaining | 10/10/2020 | 6300 WILSHIRE BLVD SUITE 940 |
| | List the contract number of any government contract | | LOS ANGELES CA 90048 |

| 2.83. | Title of contract | LICENSE AGREEMENT FOR VISTA MOBILE PARTNER PROGRAM | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES - SOFTWARE LICENSE AND MANAGED SERVICES | |
| | Nature of debtor's interest | LICENSEE | VISTA ENTERTAINMENT SOLUTIONS LIMITED |
| | State the term remaining | NOT STATED | 60 KHYBER PASS ROAD NEWTON |
| | List the contract number of any government contract | | AUCKLAND NEW ZEALAND |

Debtor  **Metropolitan Theatres Corporation**                                    Case number *(if known)* **24-11569**

| 2.84. | Title of contract | VISTA MOBILE SOFTWARE AND MANAGED SERVICES PRICING & ORDER FORM | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES - MANAGED - 16 LOCATIONS | |
| | Nature of debtor's interest | LICENSEE | VISTA ENTERTAINMENT SOLUTIONS LIMITED 60 KHYBER PASS ROAD NEWTON AUCKLAND NEW ZEALAND |
| | State the term remaining | NOT STATED | |
| | List the contract number of any government contract | _____ | |

| 2.85. | Title of contract | STANDARDS TERMS & CONDITIONS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | SERVICES - THEATRE - MOTION PICTURE EXHIBITOR | |
| | Nature of debtor's interest | EXHIBITOR / LICENSEE | WARNER BROS. DISTRIBUTING, INC. FINANCIAL ADMINISTRATION PO BOX 2910 TOLUCA LAKE CA 91610 |
| | State the term remaining | VARIOUS | |
| | List the contract number of any government contract | _____ | |

| 2.86. | Title of contract | WEST WORLD MEDIA, LLC SERVICES AGREEMENT AND AS AMENDED | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | WEBSITE DESIGN AND MAINTENANCE | |
| | Nature of debtor's interest | CONTRACT PARTY | WEBEDIA MOVIES PRO LLC WEST WORLD MEDIA, LLC 63 COPPS HILL ROAD RIDGEFIELD CT 06877 |
| | State the term remaining | NOT STATED | |
| | List the contract number of any government contract | _____ | |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Metropolitan Theatres Corporation |
| **United States Bankruptcy Court for the:** Central District of California |
| **Case number (if known):** 24-11569 |

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1.  ARLINGTON THEATRE PROPERTY LLC | | AMERICAN RIVIERA BANK | ☑ D<br>☐ E/F<br>☑ G |
| 2.2.  BRUCE CORWIN | 8727 WEST 3RD ST<br>LOS ANGELES CA 90048 | U.S. SMALL BUSINESS ADMINISTRATION | ☑ D<br>☐ E/F<br>☐ G |
| 2.3.  CORWIN LIVING TRUST DATED APRIL 22, 1987 | 8727 WEST 3RD ST<br>LOS ANGELES CA 90048 | AMERICAN RIVIERA BANK | ☑ D<br>☐ E/F<br>☐ G |
| 2.4.  METRO FOUNDRY LLC | | INDEPENDENT BANK | ☐ D<br>☑ E/F<br>☑ G |
| 2.5.  METRO FOUNDRY LLC | | THE FOUNDRY THEATER, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.6.  METRO FOUR THEATRE PROPERTY, LLC | | AEGON USA REALTY ADVISORS, INC. | ☐ D<br>☑ E/F<br>☑ G |

Debtor    **Metropolitan Theatres Corporation**                                      Case number *(if known)* **24-11569**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7.  METRO NORTHWEST, LLC | | JJB FAMILY, LLC | ☐ D<br>☑ E/F<br>☑ G |
| 2.8.  METROLUX THEATRES | | PROMENADE SHOPS - 10220472 LLC | ☐ D<br>☑ E/F<br>☑ G |
| 2.9.  METROPOLITAN/ROCKY MOUNTAIN CINEMAS, LLC | | SN REALTY CORP | ☐ D<br>☑ E/F<br>☑ G |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Metropolitan Theatres Corporation |
| **United States Bankruptcy Court for the:** Central District of California |
| **Case number (if known):** 24-11569 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/21/2024
MM/DD/YYYY

Signature of individual signing on behalf of debtor

David Corwin
Printed name

President
Position or relationship to debtor