LOEB & LOEB LLP
LANCE JURICH (SBN 132695)
ljurich@loeb.com
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA  90067
Telephone:   310.282.2000
Facsimile:    310.282.2200

VADIM J. RUBINSTEIN (admitted *pro hac vice*)
vrubinstein@loeb.com
GUY MACAROL (admitted *pro hac vice*)
345 Park Avenue
New York, NY  10154-1895
Telephone:   212.407.4000
Facsimile:    212.407.4990

(Proposed) Attorneys for Debtor
METROPOLITAN THEATRES CORPORATION,
a California corporation

**FILED & ENTERED**

**APR 10 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>METROPOLITAN THEATRES CORPORATION, a California corporation,<br><br>                    Debtor.<br><br>TAX ID.: 95-1002289 | Case No. 2:24-bk-11569-RB<br><br>Chapter 11 (Subchapter V)<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER (I) AUTHORIZING THE DEBTOR TO CONTINUE ITS INSURANCE PROGRAM AND HONOR PREPETITION OBLIGATIONS RELATED THERETO AND (II) GRANTING RELATED RELIEF** |

Upon the Debtor's Motion for Entry of Order (I) Authorizing the Debtor to Continue Its Insurance Program and Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief (the "Motion");[1] the Court having reviewed the Motion, and the declaration submitted in support thereof; and there being no objections to the Motion and the Court

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

238548156.2
236362-10001

ORDER GRANTING INSURANCE MOTION

having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED**.

2. The Debtor may pay $17,147.11 to BankDirect, and $6,435 to the Broker.

3. The Debtor's affiliates shall reimburse the Debtor for their ratable share of the insurance payments within 48 hours of the Debtor's payment.

4. The Debtor may renew and pay any renewal premiums owed on its Insurance Policies in the ordinary course of business.

5. Nothing contained in this Order is intended to or shall: (a) be construed as an admission as to the validity of any claim against the Debtor; (b) impair, prejudice, waive or otherwise affect the rights of the Debtor or its estate to dispute the amount of, basis for, nature, validity or priority of any claim against the Debtor; (c) impair, prejudice, waive or otherwise affect the rights of the Debtor or its estate with respect to any and all claims or causes of action which may exist against any third party; (d) be construed as an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy between the Debtor and any third party under section 365 of the Bankruptcy Code other than the Lease; and (e) create any rights in favor of, or enhance the status or nature of any claim held by, any person.

6. The requirements of Bankruptcy Rule 6004(a) are waived.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

238548156.2
236362-10001

2    ORDER GRANTING INSURANCE MOTION

7. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and provisions of this Order shall be immediately effective and enforceable upon its entry.

8. The Debtor is hereby authorized to take all actions necessary to effectuate the relief granted in this Order.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**IT IS SO ORDERED.**

Date: April 10, 2024

_____
Barry Russell
United States Bankruptcy Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

238548156.2
236362-10001

3    ORDER GRANTING INSURANCE MOTION