

**FILED & ENTERED**

APR 18 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:

Metropolitan Theatres Corporation,

Debtor(s).

Case No.: 2:24-bk-11569-BR

CHAPTER 11

**SCHEDULING ORDER ON SUBCHAPTER V CASE FOLLOWING STATUS CONFERENCE**

Date:        April 16, 2024
Time:        10:00 AM
Courtroom:   1668

-1-

-2-

The Court held a status conference on this subchapter V case on <u>April 16, 2024</u>. Appearances are as noted on the record.

After consideration of the debtor's status report and hearing representations of counsel as well as the subchapter V trustee, and good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The debtor shall file a plan of reorganization no later than <u>May 28, 2024</u>. **IT IS FURTHER ORDERED** that if a Plan of Reorganization has not been timely filed, the Court may either dismiss or convert the case at that time. Furthermore, if a Plan of Reorganization has been filed and the Court determines that the Plan of Reorganization is not adequate, the Court may either dismiss or convert the case at that time.

2. The status conference is continued to <u>June 11, 2024 at 10:00 a.m.</u> The debtor shall file a further status report no later than <u>June 4, 2024</u>.

3. The debtor is responsible for serving an entered copy of this Order on all interested parties within 24 hours of entry of this Order on the docket and shall file a proof of service with the Court immediately thereafter.

**IT IS SO ORDERED**.

###

Date: April 18, 2024

_____
Barry Russell
United States Bankruptcy Judge