PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL A. JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
DAVID S. SHEVITZ, SBN 271917
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd. Suite 1850
Los Angeles, CA 90017
Telephone:    (213)-894-3240
Facsimile:    (213) 894-0276
Email:    David.S.Shevitz@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>METROPOLITAN THEATRES CORPORATION, a California Corporation,<br><br>Debtor. | Case No. 2:24-bk-11569-BR<br><br>CHAPTER 11, Subchapter V<br><br>**UNITED STATES TRUSTEE'S LIMITED OPPOSITION TO MOTION OF DEBTOR AND DEBTOR IN POSSESSION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364**<br><br>Hearing Information:<br>Date:    June 11, 2024<br>Time:    10:00 a.m.<br>Place:   CRTM 1668 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, SUBCHAPTER V TRUSTEE, AND ALL PARTIES-IN-INTEREST:**

Peter C. Anderson, the United States Trustee for Region 16 ("U.S. Trustee"), hereby opposes the *Motion of Debtor And Debtor In Possession For Order Authorizing Debtor To Obtain Post-Petition Financing Pursuant To 11 U.S.C. § 364* (the "Motion", Dkt. No. 190) on a limited basis.[1]

---

[1] Unless stated otherwise, capitalized terms have the meanings defined in the Motion.

1

## I.  FACTUAL AND PROCEDURAL BACKGROUND

On May 21st, 2024, the Debtor filed the Motion.  By way of the Motion, the Debtor requests that the Court enter an order authorizing the terms of the DIP Loan as set forth in the Term Sheet, attached as Exhibit 1 to the Motion, to allow Lender to make advances to the Debtor on an as needed and requested basis up to the aggregate amount of $500,000, all in accordance with the terms and conditions of the Term Sheet.  The proposed order granting the Motion include a waiver by the Debtor of any rights of the Estate against Lender under Section 506(c) of the Bankruptcy Code to object to Lender's claims.  Specifically, paragraph 13 of the proposed order granting the Motion states:

> **"Release, Waiver or Limitation on Rights Under Section 506(c)**. Any rights of the Estate against Lender under Section 506(c) of the Bankruptcy Code are hereby released and waived. No representative of the Estate shall attempt to invalidate, reduce or otherwise impair the DIP Liens or Lender's claims or rights against Debtor, the Estate or its Collateral under Section 506(c) of the Bankruptcy Code No representative of the Estate shall attempt to invalidate, reduce or otherwise impair the DIP Liens or Lender's claims or rights against Debtor, the Estate or its Collateral under Section 506(c) of the Bankruptcy Code." *See* the Moton at Dkt. No. 181 pg. 16 ¶ 13.

As set forth below, this waiver regarding the rights of the Estate to object to Lender's claims, should be limited to the Debtor only, and therefore, not be extended to the Subchapter V Trustee.

## II.  ARGUMENT

Section 502 allows a party-in-interest to object to the allowance of a claim.  A debtor may waive its right to object.  A debtor may not, however, waive that right on behalf of creditors or other parties-in-interest. *See In re FCX Inc.*, 54 B.R. 833, 842 (Bankr. E.D.N.C. 1985).

While the Debtor is bound to its agreement with the Lender, the Subchapter V Trustee is not, and should have the independent ability to investigate and challenge the Lender's claims or rights against the Debtor and the Estate.

The U.S. Trustee proposes an amendment to the proposed order to preserve the right of the Subchapter V Trustee to challenge the Lender's claims as follows:

2

"Subject to the entry of a further order of the Court or a final order, the admissions, stipulations, agreements, set forth in the Motion are and shall be binding on the Debtor and Non-Debon-debtors, except the Subchapter V Trustee shall have sixty calendar days to challenge the Lender's claims or rights against the Debtor and the Estate or the Collateral by commencing a proceeding under the Bankruptcy Code and Bankruptcy Rules no later than sixty calendar days from the entry of an order approving the Motion."

## III. CONCLUSION

As set forth above, the U.S. Trustee requests that the Court incorporate the proposed amendment, or a similar provision, into an order approving the Motion in order to preserve the Subchapter V Trustee's independent ability to investigate and challenge the Lender's claims or rights against the Debtor and the Estate.

Dated: May 28, 2024

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ David S. Shevitz
    David S. Shevitz
    Trial Attorney

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Blvd. Ste 1850, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **United States Trustee's Limited Opposition to Motion of Debtor And Debtor In Possession For Order Authorizing Debtor To Obtain Post-Petition Financing Pursuant To 11 U.S.C. § 364** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/28/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 5/28/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor:

See Attached:

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/28/2024 | David S. Shevitz | /s/ David S. Shevitz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              F 9013-3.1.PROOF.SERVICE

## ADDITIONAL SERVICE INFORMATION

### SECTION I – EMAIL SERVICE

Dustin P Branch     branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
James B Clark     Jclark@oconnorcochran.com, JBC@lawyer.com
Moriah Douglas Flahaut (TR)     douglas.flahaut@arentfox.com, C194@ecfcbis.com
Evelina Gentry     evelina.gentry@akerman.com, rob.diwa@akerman.com
Ivan M. Gold     igold@allenmatkins.com
Everett L Green     everett.l.green@usdoj.gov
Carissa N Horowitz     carissa@beallandburkhardt.com, artyc@aol.com;castlesb@aol.com
Lillian Jordan     nefrecipients@donlinrecano.com, RMAPA@DONLINRECANO.COM
Lance N Jurich **(counsel for Debtor)**     ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
Lewis R Landau     Lew@Landaunet.com
Ron Maroko     ron.maroko@usdoj.gov
Dustin Nirschl     dustin.nirschl@bbklaw.com, linda.tapia@bbklaw.com;wilma.escalante@bbklaw.com
David Samuel Shevitz     David.S.Shevitz@usdoj.gov
Felicita A Torres     torres@g-tlaw.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

### SECTION II – U.S. MAIL SERVICE

**Debtor**
Metropolitan Theatres Corporation
8727 West 3rd Street
Los Angeles, Ca 90048

**Judge's Copy**

HONORABLE BARRY RUSSELL
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     F 9013-3.1.PROOF.SERVICE